1    **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983**

2    Name _Brown,_ ___Hilton___ ___Lawrence___

3    (Last)                      (First)                      (Initial)

4    Prisoner Number _B51265_ _(S)_

5    Institutional Address _5905 Lake Earl Drive, Crescent City CA 95532_

6    =======================================================

7    UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA

8    _Hilton Lawrence Brown_
9    (Enter the full name of plaintiff in this action.)

10                           vs.                           Case No.
                                                          (To be provided by the Clerk of Court)
11   _Pelican Bay State Institution_
                                                          **COMPLAINT UNDER THE**
12   _Warden: Robert A Horel_                             **CIVIL RIGHTS ACT,**
                                                          **Title 42 U.S.C § 1983**
13   _5905 Lake Earl Drive_

14   _Crescent City California 95531_
15   (Enter the full name of the defendant(s) in this action)

16   *[All questions on this complaint form must be answered in order for your action to proceed..]*

17   I.    Exhaustion of Administrative Remedies.

18         [**Note:** You must exhaust your administrative remedies before your claim can go

19         forward.  The court will dismiss any unexhausted claims.]

20         A.    Place of present confinement _Pelican Bay State Institution_

21         B.    Is there a grievance procedure in this institution?

22               YES ( ✗ )    NO ( )

23         C.    Did you present the facts in your complaint for review through the grievance

24               procedure?

25               YES ( ✗ )    NO ( )

26         D.    If your answer is YES, list the appeal number and the date and result of the

27               appeal at each level of review.  If you did not pursue a certain level of appeal,

28               explain why. _01- 00485 ADA Americans with a Disability Act_

     COMPLAINT                                - 1 -

1. Informal appeal __*Grant*__

2. First formal level __*Grant*__

3. Second formal level __*Medical Health Care Manager*__
   __*Approved*__

4. Third formal level __*Approved*__

E.   Is the last level to which you appealed the highest level of appeal available to you?

      YES (✓)    NO ( )

F.   If you did not present your claim for review through the grievance procedure, explain why. *602 appeal was partially granted but because it was for double cuffs up front due to a hernia. The Medical Health Care Manager issued the chrono for waist chains or double cuffs up front*

II.   Parties.

A.   Write your name and your present address. Do the same for additional plaintiffs, if any.

    *Hilton Lawrence Brown, B51265 (s)*
    *5905 Lake Earl Drive, P.O.B. 7000*
    *Crescent City California 95532*

B.   Write the full name of each defendant, his or her official position, and his or her place of employment. *President of United States, Governor of California, Doctor Pelican Bay, and Warden Pelican Bay*
*George W. Bush, Jr., Arnold Schwarzenegger, Sayre, M.D. and Robert A. Horel*

COMPLAINT           - 2 -

1  Racketeer Influenced and Corrupt Organization Act, pursuant to
2  28 use § 2403 (a) Act of Congress in Question Supreme Court of
3  United States case #07-9687 Welfare and Institution Code § 5328.1
4  thru 7, Discovery California Penal Code § 1054.1 thru 7

5  III.    Statement of Claim.

6      State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.

10  Brown, Hilton Lawrence was attack by another inmate
11  on the 16th Wednesday of January 2008, While at Work in
12  the main Kitchen. He was thrown to the ground and broke
13  Dislocated his small finger on his left hand. This attack
14  was a reprisal for the use of the Grievance appeal status
15  at Pelican Bay State Institution. Prison Guards did not do
16  there Job and intentionally allowed the inmate to be the
17  victim of Assault and Battery.
18      When Brown, Hilton Lawrence reported the injury to
19  his work supervisor. No action was taken against the
20  individual who were the direct cause of the attack. But
21  inmate was put in Administrative Segregation and denied
22  his basic rights that were available in log 04-1840 B facility,
23  and ADA 01-00485 appeals that were completed at Director level

IV.    Relief.

24      Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26  Punitive damage in the form of money for cost of court and
27  refund for filing fees. Demand for a Jury trial to determine
28  Complex issue of Racketeer using his or his title Job as a
    Peace officer to cause pain and injury through the system

1  Americans with a Disability Act ADA 01-00485 was granted and
2  has now been denied. 602 appeal for Grievance 04-1840 PBSP
3  B Facility was Grant at the Directors Level and is now denied
4  due to the change in Prison Guards and Nurse

5     I declare under penalty of perjury that the foregoing is true and correct.

7     Signed this 1st Tues day of July , 20 08

Hilton Laurence Brown
Brown, Hilton Lawrence

(Plaintiff's signature)

355 Business Law

COMPLAINT                    - 4 -

## Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

March 5, 2008

Mr. Hilton Lawrence Brown
Prisoner ID #B51265 Housing AI-103
Pelican Bay State Prison
PO Box 7500
Crescent City, CA  95532

> Re:  Hilton Lawrence Brown
>      v. Commissioner of Internal Revenue, et al.
>      No. 07-9687

Dear Mr. Brown:

The petition for a writ of certiorari in the above entitled case was filed on February 26, 2008 and placed on the docket March 5, 2008 as No. 07-9687.

A form is enclosed for notifying opposing counsel that the case was docketed.

Sincerely,

William K. Suter, Clerk

by

Heather Trant
Case Analyst

Enclosures

## Supreme Court of the United States

Hilton Lawrence Brown
(Petitioner)

v.

No. 07-9687

Commissioner of Internal Revenue, et al.
(Respondent)

To _____ Counsel for Respondent:

**NOTICE IS HEREBY GIVEN** pursuant to Rule 12.3 that a petition for a writ of certiorari in the above-entitled case was filed in the Supreme Court of the United States on February 26, 2008, and placed on the docket March 5, 2008. Pursuant to Rule 15.3, the due date for a brief in opposition is Friday, April 04, 2008. If the due date is a Saturday, Sunday, or federal legal holiday, the brief is due on the next day that is not a Saturday, Sunday or federal legal holiday.

Unless the Solicitor General of the United States represents the respondent, a waiver form is enclosed and should be sent to the Clerk only in the event you do not intend to file a response to the petition.

Only counsel of record will receive notification of the Court's action in this case. Counsel of record must be a member of the Bar of this Court.

Mr. Hilton Lawrence Brown
Pelican Bay State Prison
PO Box 7500
Crescent City, CA  95532

NOTE: This notice is for notification purposes only, and neither the original nor a copy should be filed in the Supreme Court.

IN THE SUPREME COURT OF THE UNITED STATES

BROWN, HILTON LAWRENCE

    Petitioner

      vs.     •

No:   07-9687

COMMISSIONER OF INTERNAL REVENUE, ET AL.

## WAIVER

    The Government hereby waives its right to file a response to the petition in this case, unless requested to do so by the Court.

PAUL D. CLEMENT
Solicitor General
Counsel of Record

March 12, 2008

cc:

    HILTON LAWRENCE BROWN
    #B51265
    PELICAN BAY STATE PRISON
    HOUSING AI-103
    PO BOX 7500
    CRESCENT CITY, CA 95532

NAME: Brown               NUMBER B51266     HOUSING A1-1032     **PBSP-LAB-001**

**PELICAN BAY STATE PRISON**               **HEALTH CARE SERVICES UNIT**

**NOTIFICATION TO PATIENT OF LABORATORY TEST RESULTS**          **TEST DATES:** 1/23/08

**TYPE OF TEST:**          **BASIC BLOOD TESTS**     **HEPATITIS SCREEN**     X-RAY          **EKG**
(circle test type)         **OTHER:**

**YOUR TEST RESULTS WERE EVALUATED BY A PHYSICIAN AS FOLLOWS:**

☐  Your test result is essentially within normal limits. No physician follow-up is required.

☐  Your test result remains unchanged an will be reviewed with you at your next Chronic Care Appointment.

☐  Your test result is not within normal limits. You will be scheduled to discuss the results with a physician.

☐  Your test result is not within normal limits. Further studies are required and have been scheduled for you. You

will receive further information on this study at a later date.

PHYSICIAN REMARKS

1.  HEALTH RECORD COPY
                                                    Physician & Surgeon
2.  PATIENT COPY

3.  PHYSICIAN COPY
                                                    Date &Time

**CONFIDENTIAL**

NAME:                      **NUMBER**          **HOUSING**          **PBSP-LAB-001**

14563233          12-75-43
CDC: B51265
DOB:12/23/47      60YM   CO
ATT:DUNCAN,GREGORY
REF:
CON:        S
SUR            2/08/08

NAME: Brown          NUMBER B51265          HOUSING A1-1032          PBSP-LAB-001

PELICAN BAY STATE PRISON          HEALTH CARE SERVICES UNIT

NOTIFICATION TO PATIENT OF LABORATORY TEST RESULTS          TEST DATES: 1/23/08

TYPE OF TEST:          BASIC BLOOD TESTS          HEPATITIS SCREEN          X-RAY          EKG
(circle test type)          OTHER:

#Lt. small finger
post reduction X3

YOUR TEST RESULTS WERE EVALUATED BY A PHYSICIAN AS FOLLOWS:

☐ Your test result is essentially within normal limits. No physician follow-up is required.

☐ Your test result remains unchanged an will be reviewed with you at your next Chronic Care Appointment.

☐ Your test result is not within normal limits. You will be scheduled to discuss the results with a physician.

☐ Your test result is not within normal limits. Further studies are required and have been scheduled for you. You

will receive further information on this study at a later date.

PHYSICIAN REMARKS          Discussed

_____

_____

_____

_____

_____

_____

_____

1. , HEALTH RECORD COPY          _____
                                  Physician & Surgeon
2.   PATIENT COPY

3.   PHYSICIAN COPY          _____
                             Date &Time

## CONFIDENTIAL

NAME :          NUMBER          HOUSING          PBSP-LAB-001

NAME: Brown     NUMBER B51265     HOUSING     PBSP-LAB-001
A 1- 1032

PELICAN BAY STATE PRISON       HEALTH CARE SERVICES UNIT

NOTIFICATION TO PATIENT OF LABORATORY TEST RESULTS      TEST DATES: 2/6/08

TYPE OF TEST:     BASIC BLOOD TESTS     HEPATITIS SCREEN     (X-RAY)     EKG
(circle test type)     OTHER:
Lt. 5th finger

YOUR TEST RESULTS WERE EVALUATED BY A PHYSICIAN AS FOLLOWS:

☑ Your test result is essentially within normal limits. No physician follow-up is required.

☐ Your test result remains unchanged an will be reviewed with you at your next Chronic Care Appointment.

☐ Your test result is not within normal limits. You will be scheduled to discuss the results with a physician.

☐ Your test result is not within normal limits. Further studies are required and have been scheduled for you. You

will receive further information on this study at a later date.

PHYSICIAN REMARKS _____

_____

_____

_____

_____

_____

_____

1. HEALTH RECORD COPY        _____
                                 Physician & Surgeon

2. PATIENT COPY

3. PHYSICIAN COPY        _____
                                  Date &Time

## CONFIDENTIAL

NAME :                      NUMBER            HOUSING           PBSP-LAB-001

STATE OF CALIFORNIA

**MEDICAL REPORT OF INJURY
OR UNUSUAL OCCURRENCE**

DEPARTMENT OF CORRECTIONS

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT *(circle)* | | | | DATE |
|---|---|---|---|---|---|---|
| KVSP | Clinic | INJURY / USE OF FORCE / UNUSUAL OCCURRENCE | ON THE JOB INJURY / PRE AD/SEG ADMISSION | | | |

| THIS SECTION FOR INMATE ONLY | NAME *LAST* Brown | *FIRST* Milton | CDC NUMBER B51265 | HOUSING LOC. A7-123 | NEW HOUSING LOC. |
|---|---|---|---|---|---|
| THIS SECTION FOR STAFF ONLY | NAME *LAST* | *FIRST* | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |
| THIS SECTION FOR VISITOR ONLY | NAME *LAST* | *FIRST* | *MIDDLE* | DOB | OCCUPATION |
| | HOME ADDRESS | CITY | STATE | ZIP | HOME PHONE |

| PLACE OF OCCURRENCE | DATE/TIME OF OCCURRENCE | NAME OF WITNESS(ES) | | | | | |
|---|---|---|---|---|---|---|---|
| A Main Kitchen | 1/16/08  1000 AM | none | | | | | |
| TIME NOTIFIED 1315 | TIME SEEN 1315 | ESCORTED BY CO | MODE OF ARRIVAL *(circle)* AMBULATORY / LITTER / WHEELCHAIR / ON SITE | AGE | RACE | SEX |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

1/16/08 I/m states he was "(woke?) to floor" and R hand was (step?) on R forehead "Richell".

99.4  130/70  104  16    98%

| INJURIES FOUND   YES / NO | |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| O.C. Spray Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Swollen Area | 16 |
| Other | 17 |
| | 18 |
| | 19 |

| O.C. SPRAY EXPOSURE? | YES / NO |
|---|---|
| DECONTAMINATED? | YES / NO |
| Self-decontamination instructions given? | YES / NO |
| Refused decontamination? | YES / NO |
| Q 15 min. checks | |
| Staff issued exposure packet? | YES / NO |

| RN NOTIFIED/TIME | PHYSICIAN NOTIFIED/TIME |
|---|---|
| 1320  1/18/08 | 1330  CYL |

TIME/DISPOSITION

D/C t/c 1330

| REPORT COMPLETED BY/TITLE   (PRINT AND SIGN) | BADGE # | RDOs |
|---|---|---|
| Nurse P.  R. Stone  LVN | N000330 | |

*(Medical data is to be included in progress note or emergency care record filed in UHR)*

CDC 7219 (Rev. 08/04)    DISTRIBUTION:    ORIGINAL - Custody    CANARY -Inmate/Employee    PINK - Health and Safety / RTW Coordinator (only work related injury)

U.S. D.C. Richmond Virginia #06-529

1
2
3
4      United States District Court
5        Northern District of California
6      450 Golden Gate Avenue
7      San Francisco, California 94102
8
9
10   Hilton Lawrence Brown
        No# 851265 (s)                      Motion of Discovery
11   5905 Lake Earl Drive                   Case# 07-9687 Supreme Court U.S.
12   Crescent City California 95532         Debt: G19980 400 32 45101
13   Appellant and Plaintiff                U.S.T.C case# 15701-07
14              versus
15   President: George W. Bush, Jr
16   650 Pennsylvania Avenue
     Washington, D.C. 20543
17                    additional
18   Solicitor General of the United States
19   Paul D. Clement
       950 Pennsylvania Avenue
20   Washington, D.C. 20530
21                    additional
22   Pelican Bay State Institution
23   Warden: Robert A. Horel
24   5905 Lake Earl Drive
25   Crescent City California 95531
26          Real Parties of Interest
27
28

/

1   Preliminary Examination federal Rule of Criminal Procedure
2   rule 5 (c). Not Later than 10 Tera days following the initial
3   appearance, F.R.C.P. rule 5 (a) accord Title, 18 U.S.C. section
4   3060 (a) 1988 to determine Probable Cause to bind the accused
5   defendant for Trial on showing of Good Cause F.R.C.P. rule 5.1
6   The Hearing. When the Magistrate Judge is unavailable F.R.C.P.
7   rule 5 (a), A conflict of Interest rule by the Objection at Trial
8   reflects counsels actual relationship to a party of Interest.
9   30 A Am J Rev'ed Judges Section 89 DisQualification. When
10  the attorney made it possible for usage of false arrest and
11  UnLawful detention 22 Am J2d false Imprisonment section
12  1 & 2 Certiorari denied 479 U.S. 825 (1986) U.S. vs. Gambino
13  788 f2d 938 (3RD Cir)
14  California Welfare and Institution Code Section 5328.1 thru
15  7, Authorization for Release of Patient Information, California
16  Penal Code section 1054.1 thru 7 Good faith Agreement for
17  Discovery. Title 10 U.S.C. section 1552 a Request for the
18  Transcript before the Department of the Army. Which forms
19  the Objection made prior to the start of trial. Service of
20  subpoena, California Code of Regulations section 100, Title
21  1 related appeals Government Code section 11346.2 (d)
22  Register 93 section 36 California, remittitur for repair of
23  dis Located broke finger and Electro Convulsive Therapy
24  Given Inviolation. Oil Base Company vs Transport Indemnity
25  Company (1956) 299 P2d 952, 143 CA2d 453 Corrected
26  306 P2d 924, 148 CA2d 490 defenant Convicted and
27  held Liable for damage of a demurrer right to file suite
28  People vs Mosely (1956) 299 P2d 745, 142 A.C.A. 931

(2)

1  Brown, Hilton Lawrence do solemnly affirm the Motion for
2  Discovery is true and correct. To the best of my own
3  Knowledge under a penalty of perjury.
4
5
6
7
8
9  Brown, Hilton Lawrence                    Hilton Lawrence Brown
10    No# B51265 (S)                          Brown, Hilton Lawrence
11  5905 Lake Earl Drive                       355 Business Law
12  Post Office Box 7000
13  Crescent City California 95533
14
15  Executed this 3rd Tuesday of June 2008
16
17
18
19
20
21
22
23
24
25
26
27
28

(3)

U. S. D. C. Richmond Virginia #06-529

1
2
3
4        United States District Court
5          Northern District of California
6            450 Golden Gate Avenue
7           San Francisco, California 94102
8
9
10   Hilton Lawrence Brown              Jurisdictional Statement
11     NO# B51265 (s)                     Case # 07-9687 Supreme Court U.S,
12   5905 Lake Earl Drive                 Debt: G199804003245101
13   Crescent City California 95532       U.S.T.C. case # 15701-07
     Appellant and Plaintiff
14            versus
15  President of the United States
16   650 Pennsylvania Avenue
17   Washington, D.c. 20543
                        additional
18  Solicitor General of the United States
19    Paul D. Clement
20    950 Pennsylvania Avenue
21   Washington, D.c. 20530
                        additional
22  Pelican Bay State Institution
23  Warden: Robert A. Horel
24   5905 Lake Earl Drive
25  Crescent City California 95531
26      Real Parties of Interest
27
28
                        (

1  To invoke original authority as Jurisdiction under Article
2  III of the Constitution of the United States. Title 28 U.S.C.
3  Section 1251 and Administrative Law Section 11 of the United
4  States Constitution to include supervisory of rehearing the
5  Controversy pursuant to title 28 U.S.C. section 1254 (a) to
6  Justify extraordinary release 28 U.S.C. section 1651(a)
7  for the stay of Certiarari 28 U.S.C. Section 2101 (F) together
8  with service on the state Attorney General and the state
9  Governor. The fact that the Constitutionality of an act
10  of Congress has been serve on the Grand Jury pursuant
11  to 28 U.S.C. Section 2403 (a) and (b), 2 Am J2d Administrative
12  Law section 692

13    Proof of service by mail California Code of Civil Procedure
14  Section 101 (a) section 2015 thru 5 when the United States
15  Marshall is not available under 28 U.S.C. Section 1746
16  Verification of Document was completed by deposit into
17  the United States Postal Service address to counsel of
18  record for respondent

19  United States Marshall          Supreme Court of the United States
20  Process of Service              Heather Trant: Clerk
21  1100 East Main Street           1 first Street, N.W
22  Richmond Virginia 23219         Washington, D.C. 20543
23
24
25  Brown, Hilton Lawrence do solemnly affirm proof of
26  Service is true and Correct to the best of my own
27  Knowledge under a penalty of perjury.
28                                  Hilton Lawrence Brown
Executed this 3rd Tuesday of June 2008    Brown, Hilton Lawrence
                                          355 Business Law

(2)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Hilton Lawrence Brown
    No# B51265 (s)
5905 Lake Earl Drive
Post Office Box 7000
Crescent City California 95532
    Appellant and Plaintiff
            versus
President: George W. Bush, Jr
650 Pennsylvania Avenue
Washington, D.C. 20059
            additional
Governors: Arnold Schwarzenegger
    I first Street, capitol Mall
Sacramento, California 95814
            additional
Medical Board of California
    Central complaint Unit
    1426 Howe Avenue
Sacramento, California 95814
            additional
Pelican Bay State Institution
    Warden: Robert A. Horel
    5905 Lake Earl Drive
    Post Office Box 7500
Crescent City California 95531
    Real Parties of Interest

Objection to file suite
ADA 01-00485 PBSP

Points and Authority
Table of Content

1

2                                                                              Page

3   Objection to file Suite . . . . . . . . . . . . . . . . . . . . 1

4   Federal Rule of Civil Procedure rule 60 (b) fraud . . . . . . . . 1

5   Federal Rule of Criminal Procedure rule 5.1 (a) (b) (c) . . . . . 3

6   Federal Tax rule 9042 and 9125 . . . . . . . . . . . . . . . . . 1

7   In Bank Criminal Case #76-19191 California supreme Court . . 4

8   Lanterman-Petris-Short Act . . . . . . . . . . . . . . . . . . 2

9   Reversal . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

10  Title 15 Sections 3367 and 3368 CDC . . . . . . . . . . . . . . 6

11  AT 02 31 35-7 Atascadero Patient . . . . . . . . . . . . . . . 1

12  Case #07-9687

13  Debt: G-1998040032451/01 American Bar Association . . . . . . 1

14  U.S. 056 723 112 Department of the Army . . . . . . . . . . 3

15  18 U.S.C. Section 3041 . . . . . . . . . . . . . . . . . . . . 3

16  18 U.S.C. Section 3060 (a) 1988 . . . . . . . . . . . . . . . . 3

17  22 Am Jzd False Imprisonment Section 1 and 2 . . . . . 1

18  28 U.S.C. Section 1915 (d) . . . . . . . . . . . . . . . . . . 2

19  30 A Am J Revised Judges Section 89 . . . . . . . . . . . 3.

20  34 Am J2d . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

21  176 30 9592 Social Security Number . . . . . . . . . . . 1.

22  479 U.S. 825 (1986) U.S. vs Gambino . . . . . . . . . . . 6

23  547 80 1876 Social Security Number . . . . . . . . . . . 6

24  788 f2d 938 (3rd Cir) Certiorari denied . . . . . . . . . . 1

25

26

27

28

A Table of Content

1 Extension of time. . . . . . . . . . . . . . . . . . . 2
2 federal Rule of Appellate Procedure rule 46 . . . . . . . 3
3 federal Rule of Civil Procedure rule 33 . . . . . . . . 3
4 Notice of Returning Certiorare . . . . . . . . . . . . 1
5 28 U.S.C. section 1482(6) . . . . . . . . . . . . . . 3
6 Proof of Service by Mail . . . . . . . . . . . . . . 4.
           Exhibit B
7

8 Admission to the Bar . . . . . . . . . . . . . . . . 1
9 Hilton Lawrence Brown vs Commissioner of Internal Revenue . . 1
10 federal Rule of Appellate Procedure rule 46 . . . . . . . 3
11 Supreme Court of the United States rule 12.3 and 15.3 . . . 1
12 7 Am J2d Attorney section 8 . . . . . . . . . . . . . 2
           Exhibit C
13

14 Interlocutory Appeal . . . . . . . . . . . . . . . . . 1
15 California Penal Code section 1054.1 thru 7 . . . . . . . 2
16 California Welfare and Institution Code section 5328.1 thru 7 . . 2
17 Case USCA9th Circuit #04-80004 . . . . . . . . . . . . 3
18 28 U.S.C. section 1915 (d) . . . . . . . . . . . . . . 2
19 36 Am J1st Mayhem section 7 . . . . . . . . . . . . . 2
           Exhibit D
20

21 Citizen Complaint . . . . . . . . . . . . . . . . . 1
22 Assault and Battery . . . . . . . . . . . . . . . . 2
23 California Penal Code section 3391 (b) and 832.5 . . . . 2
24 Case # 67-9687 Supreme Court of the United States . . . 2
           Exhibit E
25

26 Order to Show Cause . . . . . . . . . . . . . . . . 1
27 Racketeer Influenced and Corrupt Organization Act . . . . 2
28

1  Interrogatory Question . . . . . . . . . . . . . . . . /
2  2 Am J2d Discovery Administrative section 140 . . . . . . . /
3  6 Am J2d Attach section 346 Garnishee of pay . . . . . . . /
4  23 Am J2d Disposition section 1 . . . . . . . . . . . . . /
5  CDC Disapproved Medical chronos and Denied Law Library . . . . /
        Exhibit G
6
7  Small Claims suite form(s)
8  Title 42 U.S.C. section 1983 form
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Reversal by the Order of this Court is necessary. Notice
2  of Deficiency assessment for income revealed upon a Jury
3  finding. Atascadero State Hospital Guilty on all the charges.
4  In violation of the California Department of Corrections code Title
5  15 Section(s) 3367 thru 3368. Psycho surgery and the Aversive
6  Therapy in which thier hospital license was then suspended for
7  the illegal Electro Convulsive Therapy and the Brain Surgery
8  with Assault and Battery. Wherein the jury trial found the
9  Hospital Guilty as charged. 34 Am J2d federal Tax rule
10  9042 and 9125 the Administrative Law Judge for the Social
11  Security Disability in Virginia ruled. That the State Hospital
12  in Atascadero California Could receive payment from the.
13  Social Security Account of Patient # 02 3135-7 paid
14  out of #547 80 1876 and then Closed the account after all
15  My money was gone. Debt G199804003245101 for account
16  #176 30 9592 the United States Department of Education are
17  all the same person for the College fees and Cost for
18  Inheritance Tax with held. They are to include Service
19  Number # U.S. 056 723 112 before the Department of the
20  Army

21  The decision of the court was in error and reversal
22  is necessary and interest for the false arrest and the
23  Unlawful detention. 22 Am J2d false Imprisonment section
24  1 and 2., Certiorari denied 479 U.S. 825 (1986) U.S. vs Gambino
25  788 f2d 938 (3rd cir) medical mal Practice and the use of
26  fraud federal Rule of civil Procedure rule 60 (b)
27
28

1

1  On the 16th Wednesday of January 2008, while at work in
2  the main Kitchen. Brown, Hilton Lawrence was thrown to the
3  Ground and received a dislocated broke small finger.
4  Pursuant to Great bodily harm and the threat with the
5  Assault and Battery by another inmate initial request To
6  process title 28 u.s.c. section 1915 (d) In Court as a procedure
7  to ensure a hearing on the merits of the case In forma
8  Pauperis was by order of the court.
9      The accused did not have the Administrative Hearing as
10  setforth in the Lanterman-Petris-Short Act prior to the use
11  of Electro Convulsive Therapy treatment. At that time when
12  Social Security Taxible income was used by Atascadero
13  state Hospital and conceal by the Administrative law
14  Judge as a fraud. Brown, Hilton Lawrence was taken to
15  trial and Given Valium a drug to counter act initial
16  effect from illegal Electro Convulsive Therapy. The response
17  from the Internal Revenue on a 1040 Tax form which
18  List income as taxible Liability for any hospital cost
19  and payments for a Tax return. Did not receive a hearing
20  and summon for the income paid out for the hospital
21  Cost. This was not grounds to file for over payment and a
22  Notice of Deficiency. Because of the criminal charges
23  not being process by Social Security Administration.
24      The District Attorney in Los Angelas County would
25  not produce the work history of the two Juveniles. That
26  were shot to death. Then with held the corness Inquest
27  from showing the use of drugs at the time of death. One
28  Victim was 15 fifteen ages old the other 16 sixteen years old.

2

1  The victims were taken to a funeral home then to the corner
2  Both were working as security Guards with a Gun and hoster
3  at the time of death, Did Internal Revenue use Good Legal
4  Judgment by not filing a violation from the income tax
5  return received from work done in violation of the moral
6  standard set forth for a person working under the age of
7  18 years old (eighteen)
8       Dis Qualification of a Judge because of the conflict of
9  Interest subject to the relationship to subpoena the record.
10 30 A Am J Rev ed Judges section 89. federal Rule of Criminal
11 Procedure rule 5.1 (a) (b) (c) Title 18 U.S.C. sections) 3060
12 (a) 1988 to determine probable cause to bind the accused
13 for trial at the Preliminary Hearing, When the state court
14 does not use a federal Magistrate Judge to summon the
15 Medical transcript F.R.C.P. rule 5(a) Local Judicial officer
16 as the Social Security Administrative Law Judges are
17 used pursuant to Title 18 u.s.c, section 3041.
18      Incident Report on The 23rd Wednesday of february 2000
19 during a riot, Brown, Hilton Lawrence was stabbed and cut.
20 He received stitches under the Left rib cage and under the
21 Left Jaw. At the Pelican Bay state Infirmary is not License,
22 as a hospital and the Patient had a right to receive stitches
23 at the hospital in Eureka or Crescent City California. Due
24 to the emergency care doctors and Nurses from out of
25 the state inn Oregon were called in to treat the victims
26 There were over a Hundred inmates stabbed and cut and
27 one was shot to death. While two more were brought back
28 to life after being shot to death by a hospital outside

1  In 1971 Gladys Towel Buth allowed Atascadero State Hospital
2  to use Electro Convulsive Therapy on her clients. Inmate how were
3  waiting to stand Trial. In 1973 Brown, Hilton Lawrence, fired the
4  Attorney at Law Gladys Towel Buth before the start of trial. In
5  the Superior Court of Judges Jack E. Goertzen. He refuse to remove
6  G.T. Buth from the case # A274815. The State Bar Association of
7  California sent Carol Donavan in to court for the purpose to remove
8  Counsel G.T. Buth from the case # A274815.
9    But before G.T. Buth left court. She found the informant attorney,
10 Attorney at Law Herbert Morton was to be the replacement for the
11 attorney G.T. Buth. Conflict of Interest was in 1968 Calvin Chambers
12 the informant was in the fort Ord stockade Company at fort Ord
13 California. Attorney at Law hired to represent him the informant
14 was Herbert Morton, Judges Jack E. Goertzen would not issue
15 a subpoena for the fort Ord stockade Company Judge Advocate
16 transcripts.
17   Brown, Hilton Lawrence Lose his right to self Pro Per status
18 representation and the Judge denied a request for access to the
19 Law Library. In Los Angeles County Jail you must have a court
20 order for Pro Per status. I wrote, to the Chief Justice of California
21 and petition for a writ of Habeas Corpus. It was Granted in
22 Criminal case In Bank number# 76-19191. But the court appointed
23 Counsel refused to file a Brief and then sent me a waiver form
24 to fill out. No brief at all. Wende Hearing and the Grant for
25 Habeas Corpus was then Dismiss in 1978.
26
27
28

4

1 Brown, Hilton Lawrence is not on a Hungar strike. But can not
2 Get fed. The Prison Guards refuse to wear a) ball cap and latex
3 Gloves. Even after being given a direct order through the 602 appeal
4 for Grrevance, that was Granted, PBSP appeal Log #04-1840 B facility.
5 Initial regard was the Prison Guard not wearing a ball cap while
6 Serving food, would wipe the sweat off his face or fore head on to
7 the backs of his hand or latex Glove. A sweat band is in the ball
8 cap. I refuse to accept a food tray if the Prison Guard is not
9 wearing a ball cap and have not been fed. On the following days
10 by the named Prison Guards. Today c/o Hayes, J, was chewing
11 tobacco snuff and sweat on his face and forehead. I refused to
12 accept the food tray a 6:15 pm at the cell door. But was written
13 a Medical Chrono for a Vegetarian diet on 3-13-08 by Martinelli., M.D.
14 No breakfast tray on       6-16-08     c/o Nelson
   No dinner food tray        6-18-08     c/o Hayes, J,
15 No breakfast tray          6-19-08     c/o Lue ch felu
16 No dinner food tray        6-20-08     c/o Cardoza
17 No breakfast tray          6-22-08     c/o Camarena
   No dinner food tray        6-22-08     c/o Chrisman
18 No breakfast tray          6-23-08     c/o Olsan and Paterson
19 No dinner food tray        6-23-08     c/o Lyon
   No dinner food tray        6-24-08     c/o Hayes, J,
20 No dinner food tray        6-25-08     c/o Decker
21 No breakfast Fray          6-26-08     c/o Sohan
   No Vegetarian Diet tray    6-27-08     c/o Hensley and c/o A. Paul
22 No dinner food Tray        6-27-08     c/o Morrison
   No dinner food Tray        6-28-08     Unit Members, McCovey, Morrison, Hayes J and Silva
23 No breakfast tray          6-29-08     c/o Peterson
24 No dinner food tray        6-29-08     c/o Hayes, J
25
26
27
28

5

1   Brown, Hilton Lawrence do solemnly affirm that as an attorney
2   (Law student) and as a counselor of this court. I will conduct
3   myself uprightly and according to Law and that I will support
4   the Constitution of the United States
5
6
7   Relief Sought title 28 u.s.c. Section 1482 (b) Injunction
8   for Habeas Corpus and small claims suite. To allow the sergeant
9   c/o Wenning to service the 602 appeal for Grievances and to have
10  c/o Chrisman to answer the informal Level of another 602 appeal.
11
12
13
14
15
16
17
18  Brown, Hilton Lawrence              Hilton Lawrence Brown
19     No# B51265  (S)                  355 Business Law
20  5905 Lake Earl Drive
21  Post office Box 7000
22  Crescent City California 95532
23  Executed this: 1st Tuesday of July 2006
24
25
26
27
28

                        6

NAME: Hilton Lawrence Brown

CDC NO: B57865(S) HOUSING: A3-108

PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

RECEIVED

JUL - 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PELICAN BAY STATE PRISON
5905 Lake Earl Dr.
Crescent City CA 95532



