Case Number: _____

E-filing

CERTIFICATION OF FUNDS

IN

PRISONER'S ACCOUNT



FILED
JUL X 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Hilton Brown  B51265</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>16.43</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>16.44</u>.   (20%= $3.29)

Dated: 6/24/08                                   _____
                                                  Authorized officer of the institution

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 6-24-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         PELICAN BAY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 24, 2008

ACCOUNT NUMBER  : B51265                 BED/CELL NUMBER: AF03L 000000108L
ACCOUNT NAME    : BROWN, HILTON          ACCOUNT TYPE: I
PRIVILEGE GROUP : D
```

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 12/01/2007 | | BEGINNING BALANCE | | | | | 0.02 |
| 12/06 | D554 | INMATE PAYROL | 2462 | 11/07 | 35.70 | | 35.72 |
| 12/06 | W216 | FED. FILING F | 2473 | 12/06 | | 7.14 | 28.58 |
| 12/06 | W216 | FED. FILING F | 2473 | 12/06 | | 7.14 | 21.44 |
| 12/06 | W216 | FED. FILING F | 2473 | 12/06 | | 7.14 | 14.30 |
| 12/06 | W216 | FED. FILING F | 2473 | 12/06 | | 7.14 | 7.16 |
| 12/06 | W216 | FED. FILING F | 2473 | 12/06 | | 7.14 | 0.02 |
| ACTIVITY FOR 2008 | | | | | | | |
| 01/08 | D554 | INMATE PAYROL | 2856 | 12/07 | 38.10 | | 38.12 |
| 01/08 | W216 | FED. FILING F | 2864 | 01/08 | | 7.62 | 30.50 |
| 01/08 | W216 | FED. FILING F | 2864 | 01/08 | | 7.62 | 22.88 |
| 01/08 | W216 | FED. FILING F | 2864 | 01/08 | | 7.62 | 15.26 |
| 01/08 | W216 | FED. FILING F | 2864 | 01/08 | | 7.62 | 7.64 |
| 01/08 | W216 | FED. FILING F | 2864 | 01/08 | | 7.62 | 0.02 |
| 02/06 | D554 | INMATE PAYROL | 3417 | 01/08 | 24.75 | | 24.77 |
| 02/06 | W216 | FED. FILING F | 3438 | 02/06 | | 4.95 | 19.82 |
| 02/06 | W216 | FED. FILING F | 3438 | 02/06 | | 4.95 | 14.87 |
| 02/06 | W216 | FED. FILING F | 3438 | 02/06 | | 4.95 | 9.92 |
| 02/06 | W216 | FED. FILING F | 3438 | 02/06 | | 4.95 | 4.97 |
| 02/06 | W216 | FED. FILING F | 3438 | 02/06 | | 4.95 | 0.02 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.02 | 98.55 | 98.55 | 0.02 | 0.00 | 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 6-24-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] Kleppin
TRUST OFFICE

CURRENT AVAILABLE BALANCE
0.02