1
2
3
4  United States Attorney General
5     Department of Justice
6  950 Pennsylvania Avenue, NW
7  Washington, D.C. 20530-0001
8

FILED

28 JUL 28 PM 1:09

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

M

9
10  Hilton Lawrence Brown
    No# B51265 (S)
11  5905 Lake Earl Drive
12  Crescent City California 95532
13    Appellant and Plaintiff

Objection to file Suite

CV 08   3323 TEH

        versus
14
15  Governor: Arnold Schwarzenegger
    1 first Street, Capitol Mall
16  Sacramento, California 95814
        additional
17  Pelican Bay State Institution
18  Warden: Robert A. Horel
19  5905 Lake Earl Drive
20  Crescent City California 95531
        additional
21  Medical Board of California
22  2005 Evergreen Street, Suite 1200
    Sacramento California 95815
23        additional
    State Board of Control
24  Tort Claim Coordinator
25  Post Office Box 3035
    Sacramento, California 95812
26      Real Parties of Interest
27
28

Table of Content
Points and Authority

Page

1

2

3 Objection to file suite . . . . . . . . . . . . . . . . . . . . . . /
4 federal Rule of Civil Procedure rule 60 (b) fraud. . . . . . . /
5 federal Rule of Criminal Procedure rule 5.1 (a) (b) (c) . . . . . . 3
6 federal Tax rule 9042 and 9125. . . . . . . . . . . . /
7 In Bank Criminal case # 76-19191 Supreme court of California. . 4
8 Lanterman - Petris - short Act . . . . . . . . . . . 2
9 Reversal . . . . . . . . . . . . . . . . . . . . . /
10 Title 15 sections 3367 and 3368 . . . . . . . . . /
11 AT 02 31 35-7 Atascadero Patient . . . . . . . . . /
12 Case # 07-9687
13 Debt: G199804003245101 American Bar Association . . . /
14 U.S. 056 723 112 . . . . . . . . . . . . . . . . 3
15 18 u.s.c. Section 3041 . . . . . . . . . . . . . . 2
16 18 u.s.c. Section 3060 (a) 1988 . . . . . . . . . . 3
17 22 Am J2d false Imprisonment section 1 and 2 . . . . . /
18 28 u.s.c. Section 1915 (d) . . . . . . . . . . . . /
19 30 A Am J Revised Judges section 89 . . . . . . . 2
20 34 Am J2d . . . . . . . . . . . . . . . . . . . 3
21 176 30 9592 Social Security Number . . . . . . . . /
22 479 u.s. 835 (1986) u.s. vs Gambino . . . . . . . /
23 547 80 /876 Social Security Number . . . . . . . . /
24 788 f2d 938 (3rd cir) certiorari denied . . . . . . /

25

26

27

28

1 Extension of Time . . . . . . . . . . . . . . . . . 2
2 Federal Rule of Appellate Procedure rule 46 . . . . . . . 3
3 Federal Rule of Civil Procedure rule 33 . . . . . . . 3
4 Notice Returning Certiorari . . . . . . . . . . . . 3
5 28 u.s.c. section 1982 (b) . . . . . . . . . . . . . . . 1.
6 Proof of Service by mail . . . . . . . . . . . . . . . 3?
7               Exhibit B                                4
8 Admission to the Bar . . . . . . . . . . . . . . . . . )
9 Hilton Lawrence Brown vs Commissioner of Internal Revenue . . . 1
10 Federal Rule of Appellate Procedure rule 46 . . . . . . . . 2
11 Supreme Court of the United States rule 12.3 and 15.3 . . . . 1
12 7 Am J2d Attorney section 8 . . . . . . . . . . . . . 2
13               Exhibit c
14 Interlocutory Appeal . . . . . . . . . . . . . . . 1
15 California Penal Code section 1054.1 thru 7. . . . . . . . 2
16 California Welfare and Institution Code Section 5328.1 thru 7. . 2
17 Case USCA 9th Circuit #04-80004 . . . . . . . . . . . 2
18 28 u.s.c. section 1915 (d) . . . . . . . . . . . . 2
19 36 Am J1st Mayhem section 7. . . . . . . . . . . . 2
20               Exhibit D
21 Citizen Complaint . . . . . . . . . . . . . . . 1
22 Assault and Battery . . . . . . . . . . . . . . 2
23 California Penal Code Section 3391 (b) and 832.5 . . . . 2
24 Case #07-9687 Supreme Court of the United States . . . . 2
25               Exhibit E
26 Order To Show Cause . . . . . . . . . . . . . 1
27 Racketeer Influenced and Corrupt Organization Act . . . . 2
28

Exhibit F

Page

1. Interrogatory Questions . . . . . . . . . . . . . . . . 1
2. 2 Am J2d Discovery Administrative section 140 . . . . . 1
3. 6 Am J2d Attach section 346 Garnishee of Pay . . . . . 1
4. 23 Am J2d Disposition section 1 , . . . . . . . . . . 1
5. CDC Disapproved Medical Chrono and Denied Law Library - . . 1

Exhibit G

6.
7. Small claims suite form(s)
8. Title 42 U.S.C. Section 1983 form(s)
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

1  Reversal by order of this court is Necessary. To serve Notice of
2  Deficiency assessment for income revealed by the Jury trial finding
3  Atascadero State Hospital Guilty on all charges. In violation of
4  the California Department of Corrections Code Title 15 section (s)
5  3367 and 3368. Psy chosurgery and Aversive Therapy in which their
6  License was suspended for the Illegal Electro convulsive Therapy
7  and Brain Surgery with Assault and Battery. Wherein the jury trial
8  found the Hospital Guilty as charged. 34 Am J2d federal Tax rule
9  9042 and 9125 the Administrative Law Judge for Social Security
10 Disability in Virginia ruled. That the State Hospital in Atascadero
11 California could receive payment from the social security Account
12 of AT 02 31 35-7 paid from Social Security Number #547 80 1876
13 and Then closed the account after all the funds were gone. Debt
14 Number # G 199804003245101 for Social Security Account # 176 30 9592
15 the United States Department of Education are all the sam persons.
16 for the College fees and cost for Inheritance Tax with held. They are
17 to include service number # US 056 123 112 before the
18 Department of the Army

19  The decision of the court was in Error and Reversible. Error is
20 Necessary for the Interest of Justice. The false arrest and the
21 unlawful detention 22 Am J2d false Imprisonment section 1
22 and 2., Certiorari denied 479 U.s. 825 (1986)U.s. vs Gambino
23 788 F2d 938 (3rd cir) Medical Mal Practice and use of fraud.
24 federal Rule of Civil Procedure rule 60 (b) before the Local Judiciary
25 Hilton Lawrence Brown vs Arnold Schwarzenegger, Governor of
26 the State of California case # 08- 2157 Del Norte California and
27 Hilton Lawrence Brown vs Robert A. Horel, warden at Pelican Bay
28 State Institution case # 08 -5082 Del Norte California

1

1  On the 16th Wednesday of January 2008, while at work in the
2  main Kitchen, Brown, Hilton Lawrence was thrown to the Ground
3  and received a Dislocated broke small finger on his Left hand.
4  Pursuant to Great bodily harm and the threat with the Assault
5  and Battery. By another inmate, Initial request was to process
6  this Title 28 U.S.C. Section 1915 (b). In court as the procedure to ensure
7  a hearing on the merits of this case In forma Pauperis
8  Affidavit by Order of the Court.

9   The accused did not have the Administrative Hearing as setforth
10 in the Lanterman - Petris - Short Act prior to the use of Electro
11 Convulsive Therapy treatments. At that time when Social Security
12 Taxible income was used by Atascadero State Hospital as a fraud,
13 was concealed by the Administrative Law Judge, as a fraud.
14  Brown, Hilton Lawrence was taken to Trial and Given Valium
15 a drug to counter act initial effect from Illegal Electro Convulsive
16 Therapy treatments. The response from the Internal Revenue Service
17 on a 1040 Tax form, which list all income as a taxible
18 Liability for any Hospital cost and payments for a tax return.
19 Did not receive a hearing and summons on the merits. Income paid
20 out for the hospital cost. This was not Grounds to file for
21 over payment and a Notice of Deficiency Served, Because of the
22 Criminal charges not being process by the Social Security
23 Administration as a crime.
24  The District Attorney of Los Angeles County would not produce
25 the work history of the two Juveniles. That were shot to death.
26 Then with held the Corners Inquest from showing the use of
27 drugs at the time of death. One Victim was 15 fifteen years
28 old the other Victim was 16 sixteen years Old.

2

1 The victims were taken to a funeral home then to the corners. Both
2 were working as security Guards with a gun and hoster at the
3 time of death. Did Internal Revenue Service use good legal Judgment
4 by not filing a violation from the income tax return. Received
5 from work done in violation of the Moral Standard set for a
6 minor Juvenile person working now is under the age of 18
7 Eighteen years old,
8     Disqualification of a Judge because of the Conflict of Interest
9 subject to the relationship to subpoena the record, 30 A Am J
10 Rev'ed Judges section 89, federal Rule of Criminal Procedure rule
11 5.1 (a)(b)(c) Title 18 U.S.C. section 3060 (a)1988 to determine
12 Probable Cause to bind the accused for trial at the Preliminary
13 Hearing, when the state court does not use a federal Magistrate
14 Judge to summon the Medical Transcript f.R.C.P. rule 5 (a) local
15 Judicial officer such as Social Security Administrative Law Judges
16 are used pursuant to title 18 U.S.C. section 3041
17     Invicident Report on the 23rd Wednesday of February 2000
18 during a riot. Brown, Hilton Lawrence was stabbed and cut.
19 He received stitches under the left rib cage and under the left
20 Jaw. At Pelican Bay state Infirmary which was not then License.
21 Did not Practice as a hospital and the Patient had a right to
22 receive stitches. At the Hospital in Eureka or Crescent city
23 California. Due to the Emergency care by doctors and nurses
24 from out of state. Inn Oregan were called in to treat the victims.
25 There were over a Hundred inmates stabbed and cut. One was
26 shot to death. While two more were brought back to Life after
27 being shot to death at a hospital outside of the Pelican Bay
28 state Infirmary

3

1  In 1971 Glady's Towel Ruth allowed Atascadero State Hospital to use
2  Electro Convulsive Therapy on her clients. Inmates how were waiting
3  to stand trial. In 1973 Brown, Hilton Lawrence fired Attorney at
4  Law Glady's Towel Ruth before the start of trial. In the Superior
5  Court of Judge: Jack E. Goertzen, he refused to remove G.T. Ruth
6  from the case # A274815. The State Bar Association of California
7  sent Carol Donavon in to court for the purpose to remove counsel
8  from the case # A274815.
9      But before G.T. Ruth left the court. She found the informants
10  attorney. Attorney at Law Herbert Morton was to be the replacement
11  for G.T. Ruth. Conflict of Interest rule was in 1968 Calvin Chambers
12  the informant was in the fort Ord Stockade company at the fort
13  Ord Military Base in California. Attorney at Law hired to represent
14  the informant was Herbert Morton. Judge: Jack E. Goertzen
15  would not subpoena nor summons the fort Ord Stockade company
16  for the transcripts.
17      Brown, Hilton Lawrence Lose his right to a Pro Per Status or
18  representation and the Judge denied a request for access
19  to the Law Library. In the Los Angeles County Jail you must have
20  a court order for Pro Per Status. I wrote to the chief Justice
21  of California and Petition for a writ of Habeas Corpus. It
22  was Granted in Criminal case In Bank Number # 76-19196.
23  But the court appointed counsel refused to file a Brief and
24  then sent me a waiver form to fill out. No brief at all a
25  Wende Hearing and the Grant for a Habeas Corpus writ
26  was then Dismiss in 1978.
27
28

4

1  Brown, Hilton Lawrence is not on a Hungar Strike. But can not get
2  fed. The Prison Guards refuse to wear a) ball cap and Latex Gloves.
3  Even after being given a direct order through an 602 Grievance Appeal.
4  That was granted PBSP Log# 04-1840 B Facility Building 8, Initial
5  regard was that Prison Guards not wearing a ball cap, while serving
6  the food. Would wipe sweat off his or her face and forehead on to
7  the back of his or her hand or Latex Glove. A sweatband is in the
8  ball cap. I refuse to accept a food tray if the Prison Guards are
9  not wearing a ball cap and have not been fed on the following days
10  by the Named Prison Guards, Today C/o J. Hayes was chewing snuff
11  tobacco and sweat on his face and forehead. I refused to accept the
12  food tray at the cell door on 6-24-08 at about 6:15pm

13  No breakfast food tray on      6-16-08      C/o Nelson
14  No dinner food tray         6-18-08      C/o J. Hayes
    No breakfast food tray on 6-19-08      C/o Luechtfelu
15  No dinner food tray         6-20-08      C/o Cardoza
16  No breakfast food tray on    6-22-08      C/o Comarena
    No dinner food tray         6-22-08      C/o Chisman
17  No breakfast food tray on - 6-23-08  C/o Olson, C/o Paterson
18  No dinner food tray          6-23-08  C/o Lyon
19  No dinner food tray          6-24-08  C/o J. Hayes
    No dinner food Tray          6-25-08  C/o Decker
20  No breakfast food tray       6-26-08  C/o Sahow
21  Vegetarian diet denied C/o A. Paul, C/o Hensley breakfast 6-27-08
    No dinner food tray          6-27-08  C/o Morrison
22  No dinner food tray 6-28-08 staff C/o McCovey, C/o Morrison, C/o J.Silva, C/o J.Hayes
23  No breakfast food tray on      6-29-08      C/o Peterson
24  No dinner food tray          6-29-08      C/o J. Hayes
    No dinner food tray          6-30-08      C/o J. Hayes
25  No dinner food tray          7-1-08      C/o Butcher, C/o J.Hayes, C/o Pocte
26  No breakfast food tray       7-2-08      C/o Cardoza
27  No breakfast food tray       7-3-08      C/o Cardoza
28

1. No breakfast food tray on 7-4-08 c/o Cardoza, c/o Decker
2. No breakfast food tray on 7-7-08 c/o Peterson
3. No dinner food tray 7-7-08 c/o Hurley
4. No breakfast food tray 7-8-08 c/o Cardoza
5. No dinner food tray 7-8-08 c/o J, Hayes
6. No breakfast food tray on 7-9-08 c/o c/o Cardoza
7. No dinner food tray 7-9-08 c/o Gardner
8. No breakfast food tray 7-10-08 c/o J, Morrison, c/o Straham
9. No dinner food tray on 7-10-08 c/o McCovey, c/o Ta fazio
10. No breakfast food tray on 7-11-08 c/o McCovey, c/o Gutierrez
11. No breakfast food tray on 7-12-08 c/o Ba fal owski
12. No dinner food tray 7-12-08 c/o McConey
13. No dinner food tray on 7-13-08 c/o D. Willard
14. No breakfast food tray 7-14-08 c/o Straham
15. No breakfast food tray 7-15-08 c/o Axel
16. No breakfast food tray 7-16-08 c/o Axel
17. No dinner food tray on 7-16-08 c/o Cardoza
18. No dinner food tray on 7-17-08 c/o Cusack
19. No breakfast food tray 7-18-08 c/o R. Wilson
20. No dinner food tray on 7-18-08 c/o Daniel
21. No breakfast food tray on 7-19-08 c/o Axel
22. No dinner food tray on 7-19-08 c/o Buachanan
23. No breakfast food tray on 7-21-08 c/o Chapman, c/o Straham
24. No dinner food tray 7-21-08 c/o J, Hayes, c/o J, Monks
25. No breakfast food tray 7-22-08 c/o Straham
26. No dinner food tray on 7-22-08 c/o Cardoza
27. No breakfast food tray on 7-23-08 c/o Straham, c/o Yoachman
28. No dinner food tray on 7-23-08 c/o Cardoza, c/o Haldad
29. No breakfast food tray on 7-24-08 c/o R, Amis, c/o Peterson

1  Relief sought title 28 U.S.C. Section 1482 (b), Injunction by the
2  Habeas Corpus and Small Claim suits by the Grand Jury and the state
3  Board of Control State of California. To have the sergeant, Wenoring
4  to answer the 602 appeal to have the staff B.R. Jackson in the
5  Law Library to answer the 602 appeal. To have the c/o chisman to
6  answer the 602 appeal each is separate and have gone unanswered.
7  I can not prosecute the case because the sergeant, Accosta has not
8  answered nor responded to a 602 Grievance Appeal.
9
10    Brown, Hilton Law rence do solemnly affirm that as an attorney
11  (Law student) and as a counselor of this court, I will conduct
12  myself uprightly and according to law and that I will support
13  the Constitution of the United States.
14
15
16  Brown, Hilton Lawrence                    Hilton Lawrence Brown
17      No# B51265 (s)                        355 Business Law
18  5905 Lake Earl Drive
    Past Office Box 7000
19  Crescent City California 45532
20
21          Executed this 24th Thursday of July 2008
22
23
24
25
26
27
28

7

1
2
3
4    United States Attorney General
5        Department of Justice,
6        950 Pennsylvania Avenue
7        Washington, D.c. 20530-0001
8
9
10   Hilton Lawrence Brown              Jurisdictional Statement
        No# B51265  (s)
11    5905 Lake Earl Drive              CV 08  3323
12    Crescent City California 95532
13    Appellant and Plaintiff
14              Versus
15   Governor: Arnold Schwarzenegger
          1 First Street, Capitol Mall
16   Sacramento California 95814
17                          additional
18    Pelican Bay State Institution
       Warden: Robert A. Horel
19    5905 Lake Earl Drive
20   Crescent City California 95531
                          additional
21   Medical Board of California
22   2005 Evergreen Street, Suite 1200
       Sacramento, California 95815
23                          additional
24   State Board of Control
25   Tort Claim Coordinator
       Post office Box 3035
26     Sacramento, California 95812
27      Real Parties of Interest
28

                          1

1 To **invoke** Original authority as "jurisdiction" under Article III
2 of the Constitution of the United States, Title 28 U.S.C. section
3 1251 and Administrative Law section 11 of the Constitution
4 of the United States to include supervisory of rehearing the
5 Controversy pursuant to title 28 U.S.C. section 1254 (a) **too**
6 Justify **Extra ordinary** Relief 28 U.S.C. section 1651 (a)
7 for the stay of certiorari 28 U.S.C. section 2101 (f), Together
8 with service on the State Attorney General and the California
9 Governor. The fact that the Constitutionality of an Act of
10 Congress has been serve on the **Grand Jury** pursuant to
11 28 U.S.C. section 2403 (a) and (b), **2 Am J2d** Administrative
12 Law section 692
13    Proof of Service by Mail California Code of Civil Procedure
14 section 101 (a) section 2015 thru 5.When the United States
15 Marshall is not available under 28 U.S.C. section 1746. The
16 Verification of Document was completed by deposit into
17 the United States Postal Service address to counsel of
18 Record for Respondent
19
20    first Appellate District              Department of the Sheriff
        Court of Appeals                    Del Norte County
21    350 McAllister Street              650  5th Street
22    San Francisco, California 94102    Crescent City California 95531
23
24    Executed this 24th Thursday of July 2008
25    Brown, Hilton Lawrence do solemnly affirm Proof of
26 Service is true and correct. To the best of my own knowledge.
27 under a penalty of perjury
28 Brown, Hilton Lawrence                   Hilton Lawrence Brown
   NO# B51265  (S)                       Business Law 355
   5905 Lake Earl Drive
   Crescent City California 95532

2

State of California Department of Consumer Affairs

**PELICAN BAY**
**G.P. UNIT A-3**

**MEDICAL BOARD OF CALIFORNIA**

## AUTHORIZATION FOR RELEASE OF
## PATIENT HEALTH INFORMATION

Patient Name: _Brown, Hilton Lawrence_     Date of Birth: _December 23rd 1947_

Medical Record No. _AT 02 31 35 - 7_     Date of Death: _____
                                    (If applicable)
Control No. _____     Social Security No.: _547 80 1876_     (If applicable)
                                                                    (Optional)

**I, the undersigned hereby authorize:** *(Please list one Physician or Facility in a separate box)*

| |
|---|
| Physician _Sayre, M C_ |
| Address _5905 Lake Earl Drive, P.O.B. 7500 Crescent City CA 95531_ |
| Phone Number(s)_____     Treatment Date(s) _2-1-07_ |

| |
|---|
| Physician/Facility _Pelican Bay State Infirmary_ |
| Address _5905 Lake Earl Drive, P.O.B. 7500 Crescent City CA 95531_ |
| Phone Number(s)_____     Treatment Date(s) _2-1-07_ |

| |
|---|
| Physician/Facility _Psychiatric Service Unit_ |
| Address _Post Office Box 7001, Atascadero California 93423_ |
| Phone Number(s)_____     Treatment Date(s)_____ |

| |
|---|
| Physician/Facility _Atascadero State Hospital_ |
| Address _Post Office Box 7001, Atascadero California 93423_ |
| Phone Number(s)_____     Treatment Date(s) _9-6-71 until 9-17-71_ |

to provide records in the course of my diagnosis and treatment, including medical, psychiatric, alcohol and drug abuse patient records (original and/or electronic/computer generated) to the **MEDICAL BOARD OF CALIFORNIA, ENFORCEMENT PROGRAM,** a healthcare oversight agency. This disclosure of records authorized herein is required for official use, including investigation and possible administrative proceedings regarding any violations of the laws of the State of California. This authorization shall remain valid until the Medical Board of California of the State of California completes its investigation and proceedings arising out of the investigation.

A copy of this authorization shall be as valid as the original. I understand that I have a right to receive a copy of this authorization if requested by me. I understand that I have the right to revoke this authorization by sending written notification to the Medical Board of California, 1426 Howe Avenue, Ste. 93, Sacramento, CA, 95825. My written revocation will be effective upon receipt by the Medical Board of California but will not be effective to the extent that such persons have acted in reliance upon this Authorization. I understand that the recipient of my information is not a health plan or health care provider and the released information may no longer be protected by federal privacy regulations.

A copy of this authorization shall be as valid as the original. I understand that I have a right to receive a copy of this authorization if requested by me.

Signature: _Hilton Lawrence Brown_
         _355 Business Law_     _24th Thursday of July 2008_
         Patient                                    Date
or
         _Brown, Hilton Lawrence Pro Se_     _7-24-08_
         Legal Representative     Relationship     Date

NOTE TO THE PROVIDER: Failure by a physician, podiatrist or health care provider to provide the requested records within 15 days, or health care facility in 30 days, of receipt of this request and authorization may constitute a violation of Section 2225.5 of the Medical Practice Act and may result in further action of the Board. This release is compliant with the requirements of HIPAA and Civil Code Section 56.11.

1
2
3
4        United States District Court
5        Northern District of California
6        450 Golden Gate Avenue
7        San Francisco, California 94102
8
9
10   Hilton Lawrence Brown                    Motion for Discovery
11     No# B51265 (S)                         CV 08 3323
12   5905 Lake Earl Drive
     Crescent City California 95532
13     Appellant and Plaintiff
                       versus                           PELICAN BAY
14   Governor: Arnold Schwarzenegger                    G.P. UNIT A-3
15     1 first Street, Capitol Mall
16   Sacramento California 95814
                       additional.
17   Pelican Bay State Institution
18     Wardens Robert A. Horel
19   5905 Lake Earl Drive
20   Crescent City California 95531
21            additional
22   Medical Board of California
23     Central complaint unit
     2005 Evergreen Street, suite 1200
24   Sacramento, California 95815
25                    additional
26   State Board of Control
     Tort claim coordinator
27   Post office Box 3035
28   Sacramento, California 95812
       Real Parties of Interest

                    1

1 Preliminary Examination federal Rule of Criminal Procedure rule
2 5 (c). Not later than 10 ten days following the initial appearance
3 F.R. C.P. rule 5 (a) according to title 18 u.s. c. section 3060 (7)
4 1988 to determine Probable Cause to bind the accused defendant
5 for trial on a showing of Good Cause F.R. C.P. rule 5.1 Hearing. When
6 the Magistrate Judge is unavailable F.R. C.P. rule 5 (a). A Conflict
7 of Interest rule by the Objection at trial reflects counsels actual
8 relationship to a party of Interest, 30 A Am J Revised Judges section
9 89. Disqualification when the attorney made it possible for usage
10 of false arrest and unlawful detention 22 Am J2d false Imprisonment
11 section 1 and 2, Certiorari denied 479 u.s. 825 (1986) u.s. vs Gambino
12 788 F2d 938 (3rd Cir)

13 California Welfare and Institution Code section 5338.1 thru 7. The
14 Authorization for Release of Patient Information, California Penal
15 Code Section 1054.1 thru 7 Good faith Agreement for Discovery.
16 Title 10 u.s. c. section 1552 a Request for the Transcript before
17 The Department of the Army. Which forms the Objection made
18 prior to the start of trial. Service of Subpoena, California code
19 of Regulations section 100 Title 1 related appeals Government
20 code section 11346.2 (d) Re Gister 93 section 36 California
21 remittitur for repair of Dislocated broke finger and Electro
22 Convulsive Therapy Given Inviolation. Oil Base Company vs Transport
23 Indemnity Company (1956) 299 P2d 952, 143 CA2d 453 Corrected
24 306 P2d 934,148 CA2d 490 defendant convicted and held
25 Liable for damage of a demurrer right to file suite People
26 vs Mosley (1956) 299 F2d 745, 142 ACA 931
27
28

PELICAN BAY
G.P. UNIT A.6

1  Brown, Hilton Lawrence do solemnly affirm the motion for
2  Discovery is True and correct. To the best of my own Knowledge
3  Under a penalty of perjury.
4
5
6
7
8
9  Brown, Hilton Lawrence
10    No# B51265 (s)
11  5905 Lake Earl Drive
12  Post Office Box 7000
13  Crescent City California 95532
14
15  Executed this 24th Thursday of July 2008
16
17
18
19
20
21
22
23
24
25
26
27
28

Hilton Lawrence Brown
Brown, Hilton Lawrence
355 Business Law

STATE OF CALIFORNIA     **PELICAN BAY**     DEPARTMENT OF CORRECTIONS

DISABILITY PLACEMENT PROGRAM VE...FICATION (DPPV)     **G.P. UNIT A-3**     *CHECK ALL APPLICABLE BOXES*

CDC 1845 (Rev. 01/04)

THIS FORM ONLY VERIFIES OR DISCONFIRMS CLAIMED PHYSICAL DISABILITIES LISTED IN SECTION B

| INMATE NAME: BROWN, Hilton L. | CDC NUMBER: B51265 | INSTITUTION: PBSP | HOUSING ASSIGNMENT: | DATE FORM INITIATED: 1 Feb 07 |
|---|---|---|---|---|

*Sections A - B to be completed by licensed medical staff.*

| SECTION A: REASON FOR INITIATION OF FORM | SECTION B: DISABILITY BEING EVALUATED |
|---|---|
| [X] Inmate self-identifies to staff    [ ] Third party evaluation request | [ ] Blind/Vision Impaired    [ ] Speech Impaired |
| [ ] Observation by staff    [ ] Medical documentation or Central File information | [ ] Deaf/Hearing Impaired    [ ] Mobility Impaired |

*Sections C - G to be completed by a physician only.*

**SECTION C: PERMANENT DISABILITIES IMPACTING PLACEMENT**

1. [ ] FULL TIME WHEELCHAIR USER - DPW
Requires wheelchair accessible housing and path of travel.

2. [ ] INTERMITTENT WHEELCHAIR USER - DPO
Requires lower bunk, wheelchair accessible path of travel and *does not require* wheelchair accessible cell.

3. [ ] MOBILITY IMPAIRMENT - With or Without Assistive Device (Wheelchairs shall not be prescribed) - DPM
Orthopedic, neurological or medical condition that substantially limits ambulation (cannot walk 100 yards on a level surface without pause). Requires lower bunk, no triple bunk, and no stairs in path of travel.

4. [ ] DEAF/HEARING IMPAIRMENT - DPH
Must rely on written communication, lip reading or signing as residual hearing, with assistive devices, will not enable them to hear, understand or localize emergency warnings or public address announcements.

5. [ ] BLIND/VISION IMPAIRMENT - DPV
Not correctable to central vision acuity of better than 20/200 with corrective lenses in at least one eye (See HOUSING RESTRICTIONS IN SECTION E).

6. [ ] SPEECH IMPAIRMENT - DPS
Does not communicate effectively speaking or in writing.

**SECTION D: PERMANENT DISABILITIES *NOT* IMPACTING PLACEMENT**

1. NO CORRESPONDING CATEGORY

2. NO CORRESPONDING CATEGORY

3. [ ] MOBILITY IMPAIRMENT (Lower Extremities) - DNM
Walks 100 yards without pause with or without assistive devices.
[ ] No Housing Restrictions    [ ] See HOUSING RESTRICTIONS in Section E
Requires relatively level terrain and no obstructions in path of travel. **Do not place at:** CCI, CMC-E, CRC, CTF-C, FSP, SCC I or II, SOL, or SQ. (CDC 128-C:_____)

4. [ ] HEARING IMPAIRMENT - DNH
With residual hearing at a functional level with hearing aid(s).

5. NO CORRESPONDING CATEGORY

6. [ ] SPEECH IMPAIRMENT - DNS
Does not communicate effectively speaking, but does when writing.

**SECTION E: ADDITIONAL MEDICAL INFORMATION**

CSR ALERT:
[ ] Requires relatively level terrain and no obstructions in path of travel
[ ] Complex medical needs affecting placement    [ ] CDC 128-C _____

HEALTH CARE APPLIANCE / IDENTIFICATION VEST:
[ ] Cane [ ] Crutch [ ] Walker [ ] Leg/Arm prosthesis [ ] Vest
[ ] Other: _____ [ ] CDC 128-C(s) dated: _____

ASSISTANCE NEEDED WITH ACTIVITIES OF DAILY LIVING:
[ ] Feeding or Eating [ ] Bathing [ ] Grooming [ ] W/C transferring
[ ] Toileting [ ] Other: _____ [ ] CDC 128-C(s) dated: _____

OTHER DPP DESIGNATIONS:
[ ] NONE _____ ; _____
| | CODE | DATED | CODE | DATED |

HOUSING RESTRICTIONS: [ ] Lower bunk [ ] No stairs [ ] No triple bunk. CDC 128-C(s) dated: _____

**SECTION F: EXCLUSIONS**

[X] VERIFICATION OF CLAIMED DISABILITY NOT CONFIRMED: My physical examination or other objective data DOES NOT SUPPORT *claimed* disability. (Explain in Comments Section and CDC 128-C dated _____).

[ ] REMOVAL FROM A DPP CODE: Removal from previous DPP code: _____. (Explain in Comments Section and CDC 128-C dated: _____.)

[ ] REMOVAL FROM ENTIRE PROGRAM: Removal from DPP code(s): _____. (Explain in Comments Section and CDC 128-C dated: _____.)

**SECTION G: EFFECTIVE COMMUNICATION FACTORS**

[ ] Uses Sign Language Interpreter (SLI) [ ] Reads Braille [ ] Communicates with written notes [ ] Requires large print or magnifier
[ ] Reads lips [ ] NO "EFFECTIVE COMMUNICATION" ISSUES OBSERVED OR DOCUMENTED IN THE UNIT HEALTH RECORD

PHYSICIAN'S COMMENTS: (Focus on affected systems and functional limitations. No specific diagnosis or other confidential medical information.)

I/m is able to walk, albeit pace induced. Limitation is definitely an inconvenience & uncomfortable. Will try a new truss for more effective reduction (refuses surgery)

| PHYSICIAN'S NAME (Print) Sheri Stikner FNP-C | PHYSICIAN'S SIGNATURE | DATE SIGNED 1 Feb '07 |
| HEALTH CARE MANAGER'S / DESIGNEE'S NAME (Print) | HEALTH CARE MANAGER'S / DESIGNEE'S SIGNATURE | DATE SIGNED 2/1/07 |

NOTE: After review by the Health Care Manager or Chief Physician & Surgeon, health care staff shall retain green copy for the UHR, send the inmate copy via institutional mail, and route the original and remaining copies to the C&PR/RC CC-III for tracking and further distribution according to the instructions below.

DISTRIBUTION: Original - Top General Chrono Section of C-File;   Green - Chrono Section, Unit Health Record   Canary - C&PR/CC-III;   Pink-CC-I;   Gold-Inmate

# PBSP - Patient Information System
## Health Care Services Unit Chrono
## PELICAN BAY
## G.P. UNIT A-3

| Name: BROWN, HILTON | CDC #: B51265 | Hsg: A01L 103L | | Date: 03-26-2008 |
|---|---|---|---|---|
| Instruction Type | Start Dt | End Dt | Provider ID | Provider |
| ALLERGY | 07-22-2005 1149 | 07-22-2006 1149 | MPIMSMM | MCLEAN, FNP |
| cotton blanket | | | | |
| LOWER BUNK | 07-22-2005 1150 | 07-22-2006 1150 | MPIMSMM | MCLEAN, FNP |
| due to hernia | | | | |
| MEDICAL NEEDS | 07-22-2005 1151 | 07-22-2006 1151 | MPIMSMM | MCLEAN, FNP |
| sz 46 hernia support belt | | | | |
| MEDICAL NEEDS | 07-22-2005 1151 | 07-22-2006 1151 | MPIMSMM | MCLEAN, FNP |
| waist chains | | | | |
| LOWER TIER | 01-27-2006 1509 | 01-27-2007 1509 | MPIMSJRS | SWINEY, MD |
| Patient requests lower tier because of an inguinal hernia. | | | | |
| INFORMATIONAL | 04-14-2006 1340 | | MPIMSCLMC | MALO-CLINES, FNP |
| pt may have size 38 jock strap | | | | |
| LOWER BUNK | 08-30-2006 0846 | 08-30-2007 0846 | MPIMSCLMC | MALO-CLINES, FNP |
| NON WOOL BLANKET | 12-12-2006 0958 | 12-12-2007 0958 | MPIMSWW | WAHIDULLAH, MD |
| Due to inmate history of wool allergy,inmate chrono for non wool blanket is renewed for a duration of 1 year. | | | | |
| SPLINT | 02-11-2008 1255 | 03-10-2008 1255 | MPIMSCLMC | MALO-CLINES, FNP |
| left 5th finger | | | | |
| CULINARY CLEARED | 03-13-2008 0956 | 03-13-2009 0956 | MPIMSTJM1 | MARTINELLI, MD |

Inmate is 5'10", wt 136.  Has lost 14# due to not eating any meats on diet out of preference and troubles with digestion.  Is requesting vegetarian diet.  BMI< 20

Distribution:    Health Record    Housing Unit    CCII    File    Inmate
*** When Appropriate, a copy shall be forwarded to Specific Clinic

| Name: BROWN, HILTON | CDC #: B51265 | Date: 03-26-2008 |
|---|---|---|

Case 3:08-cv-03323-TEH   Document 4   Filed 07/28/2008   Page 20 of 31

CALIFORNIA DEPARTMENT OF CORRECTIONS
                         PELICAN BAY STATE PRISON
**PELICAN BAY**          INMATE TRUST ACCOUNTING SYSTEM
**G.P. UNIT A-3**        INMATE TRUST ACCOUNT STATEMENT

             FOR THE PERIOD: JUN. 01, 2008 THRU JUL. 09, 2008

ACCOUNT NUMBER : B51265                    BED/CELL NUMBER: AF03L 000000108L
ACCOUNT NAME   : BROWN, HILTON                  ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                         TRUST ACCOUNT ACTIVITY

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                         TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.02 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 |

|  |
|---|
| CURRENT AVAILABLE BALANCE |
| 0.02 |

| NO: | B-51265 | NAME: BROWN, HILTON | | | | | HSG: | AF1-103 |
|---|---|---|---|---|---|---|---|---|

Custody: MAX        PS 102    Level: IV    WG/PG: D1/D    EFF: 01/14/08    Assignment: ASU

Rel Date: MEPD 06/25/2078    Reclass: 60 DAYS    **Action: RETAIN ASU FOR OWN SAFETY; REFER TO CSR RX TX SATF-IV/LAC-IV;**

BPH Rev: NA                                **SINGLE CELL; SMALL MANAGEMENT YARD**

**Comments:** Inmate BROWN appeared before PBSP AD-SEG, ICC on this date for Subsequent Review. ICC notes CDCR 114-D dated 01/24/08, wherein S was place in ASU due to an investigation into S's involvement in a Battery on an Inmate. Investigative Employee was not required. Witnesses were not requested per CCR, Title 15, Sections 3338(h) and (i). Per the Confidential Memorandum dated 04/22/08, S has enemy concerns on A Facility here at PBSP. S received a 1030 in regard to this document. S stated that the enemy concerns involving the MAC Counsel would follow him if he were placed on Facility B. ICC concurs that S has safety concerns on both GP Facilities and that a transfer to an alternate Level-IV Facility was in order. It was discussed if the enemy concerns here at PBSP would follow S to a new Facility as S was not requesting SNY. S stated that the enemy concerns would not be relevant at another facility or follow him. **ICC acts to retain S in ASU for his own safety and refers his case to the CSR recommending transfer to SATF-IV or LAC-IV.**

**Staff Assistance:** S was not provided a Staff Assistant as he speaks and understands English, is literate, and is not a participant in the MHSDS.

**Psychiatric concerns:** PHD, V. Cappello was present during ICC. When S was questioned regarding his current mental health status, he advised Committee he did not have Psych concerns at this time. ICC notes CDCR 128-C, dated 04/10/03, noting S is not a participant in the MHSDS level of care.

**DA action:** No action taken.

**Cell status:** S is single celled due to local enemy concerns.

**Yard status:** Placed on SM yard pending release from ASU.

**Committee action:** Retain in ASU for S's own safety. Refer to CSR for transfer consideration, recommending SATF-IV, alternate LAC-IV. Transfer is considered to be not adverse. Upon transfer S custody shall be CLO-BS, and his WG/PG shall be A2/B, effective upon transfer.

**Inmate comments:** S expressed his understanding of the basis for the ICC action and agreed with the action and stated, "Thank you for giving me a new start."

**Appeal rights:** S was advised of Committee's decision and his right to appeal. S has been advised that any appeal of this Committee action must be submitted within 15 working days of this date, whether he has received the CDCR Form 128G Classification chrono or not.

CHAIRPERSON:    P. T. SMITH/CDW(A)                        RECORDER:    D. EDWARDS/CCII

COMMITTEE MEMBERS:    K. MCGUYER/FC            V. CAPPELLO/PHD

DATE:    06/11/2008                **INSTITUTIONAL CLASSIFICATION COMMITTEE**                Inst.: PBSP

PELICAN BAY
G.P. UNIT A-3

10

1
2
3
4   Medical Board of California
5   Central Complaint Unit
6   1426 Howe Avenue
7                                      Case: 6303
8   Sacramento, California 95814
9
10
11  Kindly acknowledge a request to receive a consumer form
12  to file a complaint against the Doctor. Due to Emphysema
13  Lung disease with No cure. I was seen by a Lung specialty
14  Clinic in Crescent City but have not been able to receive a
15  Therapy session to reduce moisture in the air. Doctor notification
16  that a) dry air or climate would improve my condition. Initial
17  following up was for two complaint forms. Because the cause
18  of the Emphysema evidence of value was treatment by the
19  State Hospital in Atascadero California-
20     Kindly send the complaint forms as urgent Medical Need!
21
22
23
24  Brown, Hilton Lawrence
25    N8# B357265 (5)
26  5905 Lake Earl Drive
27  Post Office Box 7000              Hilton Lawrence Brown
28  Crescent City California 95532    355 Business Law

    Executed this 25th Wednesday of June 2008

1 Federal Rule of Civil Procedure rule 4 (a) (b) (c) request for a
2 transfer to the appropriate trial court for a jury trial. Initial
3 small Claims Appeal and United States Tax court decision for
4 service of Discovery Motion, Jurisdictional statement and Certiorari
5 Preliminary Hearing in court. A decision to Subpoena and Complete.
6 Proof of Service did not receive a schedule date for a hearing
7 from the United States Marshall or the Department of the sheriff.
8 Information is Necessary for the address of the Department of
9 the sheriff and United States Marshall for Service of a copy to
10 each party. Kindly acknowledge the Opening Brief Served. But
11 having been denied Law Library access at Pelican Bay State
12 Institution due to a Disability and Request for Accommodation
13 or release from Administrative Segregation detention without
14 any violation of the Law nor a CDC 115 rule violation. The
15 custody decision was made after Plaintiff was attacked.
16 The Electro Convulsive Therapy and punitive damage for the
17 Dislocated broke small finger on the Left hand with initial
18 Lose of a Job in the main Kitchen, Along with stabbed wounds
19 from a riot are necessary Medical Records, Administrative
20 Segregation has me in actual custody from the 19TH Saturday
21 of January 2008 until the present date of todays writing. A
22 Civil Subpoena Duas Tecum form 98.2 (a) (15) and In Forma
23 Pauperis Affidavit for the federal courts was completed
24 for a waiver of the process of Service fees on defendants and
25 Real Parties of Interest 28 use section 1, Supreme court rule 4.2

26 Browns, Hilton, Lawrence.
27 No# B57265 (S)
28 5905 Lake Earl Drive
   Crescent City California 95532

Hilton Lawrence Brown
355 Business Law

PELICAN BAY
G.P. UNIT A-3

1 | **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

2 | Name _Brown,_      _Hilton_      _Lawrence_

3 | (Last)                    (First)                    (Initial)

4 | Prisoner Number _B51265_  _(S)_

5 | Institutional Address _5905 Lake Earl Drive, Crescent City CA 95531_

6 |

7 | **UNITED STATES DISTRICT COURT**
   | **NORTHERN DISTRICT OF CALIFORNIA**

8 | _Hilton Lawrence Brown_
9 | (Enter the full name of plaintiff in this action.)    ) **CV 08 3323**

10 |              vs.                    )   Case No. _____
                                        )   (To be provided by the Clerk of Court)
11 | _Pelican Bay State Institution_    )
12 | _Warden: Robert A. Horel_          )   **COMPLAINT UNDER THE**
                                        )   **CIVIL RIGHTS ACT,**
13 | _5905 Lake Earl Drive_             )   **Title 42 U.S.C § 1983**
                                        )
14 | _Crescent City California 95531_   )
   | (Enter the full name of the defendant(s) in this action)  )
15 |                                    )

16 | *[All questions on this complaint form must be answered in order for your action to proceed..]*

17 | I.      Exhaustion of Administrative Remedies.

18 |         [**Note:** You must exhaust your administrative remedies before your claim can go

19 |         forward. The court will dismiss any unexhausted claims.]

20 |         A.      Place of present confinement _Pelican Bay State Institution_

21 |         B.      Is there a grievance procedure in this institution?

22 |                      YES ( ✓ )     NO ( )

23 |         C.      Did you present the facts in your complaint for review through the grievance

24 |                 procedure?

25 |                      YES ( ✓ )     NO ( )

26 |         D.      If your answer is YES, list the appeal number and the date and result of the

27 |                 appeal at each level of review. If you did not pursue a certain level of appeal,

28 |                 explain why. _01- 00485 ADA American with a Disability Act_

COMPLAINT                              - 1 -

14

**PELICAN BAY**
**G.P. UNIT A-3**

**SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF DEL NORTE**

| | |
|---|---|
| **Plaintiff: HILTON L B-51265 BROWN**<br><br>☐ Present  ☒ Not Present | Judge: ☒ FOLLETT  ☐ _____<br>Clerk: ☐ Enea ☐ Obuchon ☐ Reynolds ☐ Robson ☒ Sala<br>☐ _____ |
| **Defendant: SCHWARZENEGGER, GOVERNOR**<br><br>☐ Present  ☒ Not Present | Bailiff: ☒ Dickson ☐ Esparza   ☐ Shine   ☐ _____<br>CSR:  ☐ Beard  ☐ Cobarruviaz ☐ McClendon☐ _____<br>Cert. Interpreter: _____<br>Non-certified Interpreter: _____<br>Language: ☐ Spanish ☐ |
| **SMALL CLAIMS COURT MINUTES** | Date:  **06/16/2008**<br>Case Number:  **C1-CL-08-0002157** |

Action dismissed ☐ with ☐ without prejudice by judge.

| Plaintiff | Defendant |
|---|---|
| Witness: | Witness |

_____  _____

_____  _____

_____  _____

| Plaintiff | Defendant |
|---|---|
| Exhibits | Exhibits |

_____  _____

_____  _____

_____  _____

Unless Judge orders Exhibits kept, Clerk shall return all exhibits to
☐ Plaintiff   ☐ Defendant at the end of today's hearing.

☐ Judgment and Order Announced From the Bench

**JUDGMENT** is for the:
   ☐ Plaintiff in the amount of $_____ [plus interest in the amount of $_____], plus court
      costs in the amount of $_____.

   ☐ Defendant in the amount of $_____ [plus interest in the amount of $_____], plus court
      costs in the amount of $_____.

**Page 1 of 2**

# PELICAN BAY
# G.P. UNIT A-3

*i 5*

C1-CL-08-0002157

The main reason for my decision is:

_____

_____

☐ *Optional*: Judge Orders Installment payments by ☐ Plaintiff      ☐ Defendant

This judgment is to be paid in monthly payments of $_____,

Payments are due on the _____ of each month beginning _____[date].

If any payment is not paid within ten days of the date it is due, the entire judgment becomes due and payable.

☐ **Judge Takes Case Under Submission**
I have heard all the evidence. I think the matter requires further consideration so I will take the case under submission and mail you my decision. Until you receive my decision, it is important that you do not contact the court or try to give me any new information because it would be unfair to the other party for me to hear evidence without giving the other party a chance to respond. You will receive my decision by mail in approximately [30 days] [Clerk is required to insert 30 days unless judge states some other length of time].

☐ **Default Judgment:**
I find that the plaintiff has proved ☐ his ☐ her case. I will give to the plaintiff judgment in the amount of:

   ☐     $_____ [amount not exceeding that requested in the claim]

   ☐     Plus interest [interest rate of _____%] and clerk to provide copy of minute to Court Executive Officer/Clerk of the Court.

   ☐     Court costs awarded in the amount of $_____.

☐ Case is Continued for the following reason:____
Clerk is directed to set a future hearing on _____ in Department____ at

_____am/pm.  and Clerk shall mail notice to both parties within 48 hours.

Other:

No appearance by Plaintiff or Defendant. Matter dropped from Calendar, subject to being reset and new notices going out.

_____

_____

**Copies Mailed to:**
☒ Plaintiff   ☒ Defendant   ☐ _____                    **Page 2 of 2**

Small Claims Minutes- Rev. 3/2008

16

# PELICAN BAY
# G.P. UNIT A-3

<table>
<tr>
<td colspan="2">

**AFFIDAVIT FOR WAIVER OF GOVERNMENT CLAIMS FILING FEE AND FINANCIAL INFORMATION FORM**

*(Request for Permission to Proceed In Forma Pauperis)*
  **California Victim Compensation and Government Claims Board**
  **P.O. Box 3035**
**Sacramento, CA 95812-3035**

**1-800-955-0045 • www.governmentclaims.ca.gov**

</td>
<td>

State of California

For Office Use Only

Claim No.:

</td>
</tr>
</table>

*I request a fee waiver so that I do not have to pay the $25 fee to file a government claim with the Victim Compensation and Government Claims Board. I cannot pay any part of the fee.*

## Claimant Information

**❶** Brown            HiLton            LawrENce          **❷** Tel: [ ][ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]
Last name            First Name            MI

**❸** Claim Number (if known): 08-3324 2nd 08-3323

## Employment Information

**❹** My occupation: NoNE

My employer: /

Employer's Mailing Address _____ City _____ State ___ Zip ___

My spouse's or partner's employer: Dissolution of Marriage

Employer's Mailing Address _____ City _____ State ___ Zip ___

**❺** If you are an inmate in a correctional facility, please attach a certified copy of your trust account balance, enter your inmate identification number below and skip to step **㉓**.

Inmate Identification Number: B 51265 (5)

## Financial Information

**❻** I am receiving financial assistance from one or more of the following programs.  ☐ Yes  ☐ No

If no, proceed to step **❼** If yes, check all that apply, then skip to step **㉔**.

☐ SSI and SSP: Supplemental Security Income and State Supplemental Payments Programs

☐ CalWORKS: California Work Opportunity and Responsibility to Kids Act

☐ Food Stamps

☐ County Relief, General Relief (GR), or General Assistance (GA)

**❼** Number in my household and my gross monthly household income, if it is the following amount or less:

| | Number | Monthly family income | | Number | Monthly family income |
|---|---|---|---|---|---|
| **A** ☑ | 1 | $969.79 | **F** ☐ | 6 | $2,626.04 |
| **B** ☐ | 2 | $1,301.04 | **G** ☐ | 7 | $2,957.29 |
| **C** ☐ | 3 | $1,632.29 | **H** ☐ | 8 | $3,288.54 |
| **D** ☐ | 4 | $1,963.54 | **I** ☐ | There are more than 8 people in my family | |
| **E** ☐ | 5 | $2,294.79 | | Add $331.25 for each additional person. | |

Number: [ ]  Total Income: [ ]

If you checked a box in step **❼** A through I, complete steps **❾** through **⓯**. Then skip to step **㉔**.

**❽** My income is not enough to pay for the common necessities of life for me and the people in my family, and also pay the filing fee.  ☑ Yes  ☐ No

If yes, fill in steps **❾** through **㉔**.

# PELICAN BAY
## G.P. UNIT A-3

### Monthly Income and Expenses

**9** My gross monthly pay is: $ zero     **10** My income changes each month:  ☐ Yes  ☑ No

**11** Number of persons living in my home:     0. 0     **12** Other money I get each month

| Name | Age | Relationship | Monthly Income | Source: | |
|------|-----|--------------|----------------|---------|---|
| **A** Brown, H.L. | 12-23-47 | self | $ 0 | **A** | $ 0 |
| **B** | | | $ 0 | **B** | $ 0 |
| **C** | | | $ 0 | **C** | $ 0 |
| **D** | | | $ 0 | **D** | $ 0 |
| **E** | | | $ 0 | **E** | $ ι' |
| **F** | | | $ 0 | **F** | $ 0 |

**15** My total gross monthly household income:  $ zero   **13** Total other money:  $ zero

**16** My payroll deductions are:     **14** My monthly income:  $ zero

| | | |
|---|---|---|
| **A** | $ 0 | **E** | $ 0 |
| **B** | $ 0 | **F** | $ 0 |
| **C** | $ 0 | **G** | $ 0 |
| **D** | $ 0 | **H** | $ 0 |

**17** My total payroll deduction amount is:  $ zero

**18** My monthly take home pay is  $ zero   **19** My net monthly income:  $ 0

**20** I own or have interest in the following property:

**A** Cash     $ 0.0     **C** Cars, other vehicles, and boats (List make and year)

| **B** Checking and savings (List banks): | | Property | Value | | Loan Balance |
|---|---|---|---|---|---|
| 1) | $ 0 | 1) | $ 0 | $ | None |
| 2) | $ 0 | 2) | $ 0 | $ | None |
| 3) | $ 0 | 3) | $ 0 | $ | None |
| 4) | $ 0 | **D** Real estate (List addresses) | | | |
| | | 1) | $ | $ | zero |
| | | 2) | $ | $ | 0.0 |

**21** My monthly expenses are:

| | | | | |
|---|---|---|---|---|
| **A** Rent or house payment | $ 0 | **J** Installment payments (specify) | | |
| **B** Food and household supplies | $ 0 | 1) | $ 0 | |
| **C** Utilities and telephone | $ 0 | 2) | $ 0 | |
| **D** Clothing | $ 0 | 3) | $ 0 | |
| **E** Laundry and cleaning | $ 0 | Total installment payments: | | $ 0 |
| **F** Medical and dental | $ 0 | **K** Wage assignment or withholdings | | $ 0 |
| **G** Insurance | $ 0 | **L** Spousal or child support | | $ 0 |
| **H** School, child care | $ 0 | **M** Other: | | |
| **I** Transportation and auto expenses | $ 0 | 1) | $ 0 | |
| | | 2) | $ 0 | |
| | | Total other expenses: | | $ 0.0 |

**22** Total monthly expenses:  $ zero

**23** I have attached other information that supports this application on a separate sheet.  ☑ Yes  ☐ No

### Signature Section

**24** *I declare under penalty of perjury under the laws of the state of California that the information on this form and all the attachments is true and correct.*

*Hilton Lawrence Brown*
*Brown Hilton Lawrence*
Signature of Claimant

24th Thursday of July 2008
Date

VCGCB-GC-0010 8/04

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION   **PELICAN BAY** ARNOLD SCHWARZENEGGER, GOVERNOR

G.P. UNIT A-3

18

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



July 2, 2008

BROWN, HILTON, B51265
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA 95531-7000


RE: IAB# 0735229       LEGAL

Mr. BROWN:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal. The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal. The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process. The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

The CDC 602, Inmate/Parolee Appeal Form, must be completed through the Second Level of Review on behalf of the Warden or Parole Region Administrator.


*M. Grani*

N. GRANNIS, Chief
Inmate Appeals Branch

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

| | Location: Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| | 1. _____ | 1. _____ | /0 |
| | 2. _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME Brown, H.L. | NUMBER B51265 | ASSIGNMENT None | UNIT/ROOM NUMBER A1-103 |
|---|---|---|---|

**A. Describe Problem:** Brown, H.L. was denied access to the law Library on the 5-1-08 and 5-29-08 by the unit staff Prison Guards and law Library escort B.R. Jackson. Health Care Manager. Doctor Dwight W. Winslow wrote a chrono for double cuffs up front in 2001. In response to a CDC 602 appeal for Grievance, which was Partically Granted by Pelican Bay State Institution and Director level. This was served on Medical for Verification of a medical Condition and issued as Partically Granted.

If you need more space, attach one additional sheet.

**B. Action Requested:** Verification of Document to affirm Brown H.L. must use double cuffs up front or waist chains in order to walk from the Administrative Segregation to the law Library due to Medical Condition. (Kindly make a copy of the 128 G chrono and Attach it to the 602)

Inmate/Parolee Signature: H. L. Brown    Date Submitted: 6-1-08

**C. INFORMAL LEVEL (Date Received:** 6/3/08 )

**Staff Response:** Your chrono for waist chains expired 7/22/06. Your request for waist chains/double cuff chrono was denied on 5/2/08

Staff Signature: a. Flowers Rn    Date Returned to Inmate: 6/3/08

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Indigent inmate the Trust office will not process a Trust withdrawal slip. To receive Photostat service. Therefore the Program Administrator on A facility. Sir arranger did not make the necessary copy of ADA log #01-00485 Nor 602 Grievance Appeal that was Partially Granted in 2001. Kindly allow the Appeals Coordinator to make the Photostat copy (ies)

Signature: H. L. Brown    Date Submitted: 6-24-08

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____



0735229
B51265



County of Los Angeles **PELICAN BAY**
**CIVIL GRAND JURY** **G.P. UNIT A-3**

CLARA SHORTRIDGE FOLTZ CRIMINAL JUSTICE CENTER
210 WEST TEMPLE STREET • ELEVENTH FLOOR • ROOM 11-506 • LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 893-1047 • FAX (213) 229-2595
http://www.grandjury.co.la.ca.us/

July 14, 2008

Hilton Lawrence Brown #B51265(S)
5905 Lake Earl Drive
P.O. Box 7000
Crescent City. CA 95532
A3-108

Dear Mr. Brown:

Your letter to the 2008-2009 Los Angeles County Civil Grand Jury, mailed July 03, 2008, has been received. The Grand Jury's review of the issues raised in your letter may or may not result in an investigation, but in any event, this letter will probably be the only written response you will receive.

Please do not contact the Civil Grand Jury by telephone or in writing to inquire about the status of your matter. The Grand Jury is prohibited by law from communicating the results of any investigation to you personally, although a written report of all Grand Jury investigations is available to the general public when published at the end of June.

Please be advised that the Civil Grand Jury has no legal jurisdiction or authority to investigate federal agencies, state agencies, private entities, or the courts. Only local governments within Los Angeles County are subject to review by the Grand Jury.

Sincerely,

Staff to the Los Angeles County Civil Grand Jury