FILED
08 AUG 20 PH12:51
CLERK US DISTRICT COURT
NORTHERN DISTRICT CALIFORNIA

E-filing

OPENING BRIEF
G 576544

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

TEH

Case: 08 CV 3323

Case: 08 CV 3324

Hilton Lawrence Brown
No# B51265 (s)
5905 Lake Earl Drive
Crescent City California 95532
Appellant and Plaintiff
versus
Governor: Arnold Schwarzenegger
1 first street Capitol Mall
Sacramento, California 95814
additional
Pelican Bay State Institution
Warden: Robert A. Horel
5905 Lake Earl Drive,
Crescent City California 95531
additional
American Medical Association
515 North State street
Chicago, Illinois 60610
additional
Department of the Army
7th Infantry Division light
Judge Advocate General
Fort ord California 93941
Real Parties of Interest

Judge: Henderson
450 Golden Gate Avenue.
San Francisco, CA 94102

Hilton Lawrence Brown
355 Business Law

Points and Authority
Table of Content

Page

1  Opening Brief . . . . . . . . . . . . . . 1
2  federal Rule of Civil Procedure rule 60 (b) fraud . . . . . 1
3  federal Rule of Criminal Procedure rule 51 (a) (b) (c) . . . . 3
4  federal Tax rule 9042 and 9125 . . . . . . . . . 1
5  In Bank Criminal case #76-19191 Supreme court of California . . 4
6  Lanterman - Petris - short Act . . . . . . . . . . 2
7  Reversal . . . . . . . . . . . . . 1
8  Title. 15 Sections 3367 and 3368 . . . . . . . 1
9  AT 02 31 35-7 Atascadero Patient . . . . . . . 1
10  Case # 07-9687
11  Debt : G 199804003245101 American Bar Association . . . 1
12  U.S. 056 723 112 Department of the Army . . . . . 3
13  18 u.s.c. section 3041 . . . . . . . . . . 3
14  18 u.s.c. section 3060 (a) 1988 . . . . . . . 3
15  22 Am J2d false Imprisonment section 1 and 2 . . . . 1
16  28 u.s.c. section 1915 (d) . . . . . . . . . 2
17  30 A Am J Revied Judges section 89 . . . . . 3
18  34 Am J2d . . . . . . . . . . . 1
19  176 30 9592 Social Security number . . . . . 1
20  479 u.s. 825 (1986) u.s. vs Gambino . . . . . 1
21  547 80 1876 Social Security Number . . . . . 1
22  788 f2d 938 (3rd Cir) Certiorari denied . . . . . 1
23
24
25
26
27
28

1 Extension of Time . . . . . . . . . . . . 2
2 Federal Rule of Appellate Procedure rule 46 , . . . . . 3
3 Federal Rule of Civil Procedure rule 33 , . . . . . 3
4 Notice Returning Certiorari . . . . . . . . . . 1
5 28 U.S.C. Section 1482 (b) . . . . . . . . 3
6 Proof of Service by Mail . . . . . . . . . . 4
7                      Exhibit B
8 Admission to the Bar , . . . . . . . . 1
9 Hilton Lawrence Brown vs Commissioner of Internal Revenue. 1
10 Federal Rule of Appellate Procedure rule 46 . . . . . 3
11 Supreme Court of the United States rule 12.3 and 15.3 . . . 1
12 7 Am J2d Attorney section 8 . . . . . . . . 2
13                     Exhibit C
14 Interlocutory Appeal. . . . . . . . . . . . 1
15 California Penal Code Section 1054.1 thru 7 . . . . . . . 2
16 California Welfare and Institution Code section 5328.1 thru 7 . 2
17 Case USCA 9th circuit #04-80004 . . . . . . . 2
18 28 U.S.C. Section 1915 (d) . . . . . . . . . 2
19 36 Am J1st Mayhem section 7 . . . . . . . . 2
20                     Exhibit D
21 Citizen Complaint . . . . . . . . . . . 1
22 Assault and Battery . . . . . . . . . . 2
23 California Penal Code Section 3391 (b) and 8325 . . . 2
24 Case #07-9687 Supreme Court of the United States . . . 2
25                     Exhibit E
26 Order to Show Cause . . . . . . . . . . 1
27 Racketeer Influenced and Corrupt Organization Act - 2
28

1  Interrogatory Question.... . . . . . . . . . . . . . . . . 1
2  2 Am J2d Discovery Administrative section 140. . . . . . . 1
3  6 Am J2d Attach section 346 Garnishee of pay . . . . . . . 1
4  23 Am J2d Disposition section 1 , , , , , , , , , , , , , . 1
5  CDC Disapproved Medical chronic and Denied Law Library , , , , . 1
6                          Exhibit G

7  small claims suite form(s)
8  Title 42 U.s.c. section 1983 form(s)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 Reversal by order of this Court is necessary, To serve the Notice,
2 of Deficiency assessment for income revealed by the Jury, Trial,
3 finding Atascadero State Hospital Guilty on all charges. In violation
4 of the California Department of Corrections Code Title, 15 Section (s)
5 3367 and 3368, Psychosurgery and Aversive Therapy in which thier
6 License was suspended for the Illegal Electro Convulsive Therapy
7 and Brain surgery with Assault and Battery. Wherein the Jury trial
8 found the Hospital Guilty as charged. 34 Am J2d federal Tax rule
9 9042 and 9125 the Administrative Law Judge for Social Security
10 Disability in Virginia ruled, That the State Hospital in Atascadero
11 California could receive payment from the Social Security Account
12 of AT02 31 35-7 paid from Social Security Number #547 80 1876
13 and then closed the account after all the funds were gone. Debt
14 Number #199804003245101 for Social Security Account #176 30 9592
15 the United States Department of Education are all the same person.
16 for the College fees and cost for Inheritance Tax with held. They
17 are to include Service Number # U.S. 056 723 112 before the
18 Department of the Army.
19  The decision of the Court was in Error and revesible error is
20 Necessary for the Interest of Justice. The false arrest and the
21 unlawful detention 22 Am J2d false Imprisonment section 1
22 and 2., Certiorari denied 479 U.S. 825 (1986) U.S. vs Gambino 788
23 f2d 938 (3rd Cir) Medical Mal Practice and the use of fraud
24 federal Rule of Civil Procedure rule 60 (b) before the local Judiciary
25 Hilton Lawrence Brown vs Arnold Schwarzeneqqer, Governor of
26 the state of California Case # 08-2157 Del Norte California and
27 Hilton Lawrence Brown vs Robert A. Horel, warden at Pelican Bay
28 state Institution case # 08-5082 Del Norte California

1 On the 16TH wednesday of January 2008, while at work in the Main
2 Kitchen. Brown, Hilton Lawrence was thrown to the Ground and received
3 a Dislocated broke small finger on his Left hand. Pursuant to Great
4 bodily harm and the threat with the Assault and Battery by another
5 inmate. Initial request was to process this Title 28 u.s.c. section
6 1915(b). In Court as the procedure to ensure a hearing on the
7 merits of this case In forma Pauperis Affidavit by order of
8 the court.

9 The accused did not have the Administrative Hearing as set forth
10 in the Lanterman-Petris-short Act prior to the use of Electro
11 Convulsive Therapy treatments. At that time when Social Security
12 taxible income was used by Atascadero state Hospital, fraud
13 was concealed by the Administrative Law Judge as a fraud.
14 Brown, Hilton Lawrence was taken to trial and given Valium
15 a drug to counter act initial effect from the Illegal Electro
16 Convulsive Therapy treatments. The response from the Internal
17 Revenue Service on a 1040 Tax form which list income as
18 Taxible Liability for any Hospital cost and payments for a Tax
19 return. Did not receive a hearing and summons on the Merits. Income
20 paid out for the hospital costs This was not Grounds To file for
21 over payment and a Notice of Deficiency Served. Because of
22 the criminal charges not being process by the Social Security
23 Administration as a crime.

24 The District Attorney of Los Angeles County would not produce
25 the work history of the two Juveniles. That were shot to death.
26 Then with held the corners Inquest from showing the use of drug
27 at the time of death. One Victim was 15 fifteen years old
28 the other victim was 16 sixteen years old.

2

1 the Victims were taken to a funeral home then to the coroners. Both
2 were working as security Guards with a gun and hoster at the
3 time of death. Did Internal Revenue Service use Good Legal
4 Judgment by not filing a violation from the income tax return.
5 Received from work done in violation of the Moral standard set
6 for a minor Juvenile person working how is under the age of
7 18 Eighteen years old.
8 Dis Qualification of a Judge because of the Conflict of Interest
9 subject to the relationship to subpoena the record, 30 A Am J
10 Revied Judges section 89. federal Rule of Criminal Procedure rale
11 5.1 (a) (b) (c) Title 18 U.S.C. Section 3060 (a) 1988 to determine
12 Probable cause to bind the accused for trial at the Pre Liminary
13 Hearing. When the state Court does not use a federal Magistrate
14 Judge to summon the Medical Transcript f.R.C.P. rule 5(a) Local
15 Judicial officer such as Social Security Administrative Law Judges
16 are used pursuant to title 18 U.S.C. section 3041
17    Invicident Report on the 23rd Wednesday of february 2000
18 during a riot. Brown, Hilton Lawrence was stabbed and cut. He
19 received stitches under the Left rib cage and under the Left
20 Jaw. At Pelican Bay state Infirmary which is not a) license.
21 Did not Practice as a hospital and the Patient had a right to
22 receive stitches. At the hospital in Eureka or Crescent City
23 California. Due to the Emergency care doctors and nurses
24 from out of state. Inn Oregon were called in to treat the
25 victims. There were over a Hundred inmates stabbed and Cut.
26 one was Shot to death. While two more were brought back
27 to Life after being shot to death at a hospital outside of
28 Pelican Bay State Institution

3

1  In 1971 Gladys Towel Ruth allowed Atascadero State Hospital
2  to use Electro Convulsive Therapy on her clients. Inmate how
3  were waiting to stand trial. In 1973 Brown, Hilton Lawrence
4  fired Attorney at Law Gladys Towel Ruth before the start of
5  trial. In the Superior Court of Judge: Jack E. Goertzen. He,
6  refused to remove G.T. Ruth from the case #A274815. The State
7  Bar Association of California sent Carol Donavon into court
8  for the purpose to remove counsel from the case #A274815,
9     But before G.T. Ruth Left the court, she found the informants
10 attorney. Attorney at Law Herbert Morton was to be the replacement
11 for G.T. Ruth. Conflict of Interest was in 1968 calvin chambers
12 the informant was in the fort ord stockade Company at the
13 fort ord base in California. Attorney at Law hired to represent
14 the informant was Herbert Morton. Judge: Jack E. Goertzen
15 would not subpoena nor summon the fort ord Stockade
16 Company for the transcripts
17    Brown, Hilton Lawrence Lose his rights to Pro Per Status or
18 representation and the Judge denied a request for access
19 to the Law Library. In the Los Angeles County Jail you must
20 have a court order for Pro Per Status. I wrote to the Chief
21 Justice of California and Petition for a writ of Habeas Corpus
22 It was Granted in Criminal Case. In Bank Number #76-19141
23 But the court appointed counsel refused to file a Brief
24 and then sent me a waiver form to fill out. No brief
25 at all. a wende Hearing and the Grant for Habeas Corpus
26 was then Dismiss in 1978
27
28

                              4

1  Brown, Hilton Lawrence is not on a Hunger strike. But can not get
2  fed. The Prison Guards refuse to wear a) ball cap and Latex Gloves. Even
3  after being given a direct order through a 602 Grievance Appeal.
4  That was granted PBSP Log #04-1840 B facility Building 8. Initial
5  regard was that Prison Guard not wearing a ball cap. While serving
6  the food. Would wipe the sweat off his or her face and forehead on
7  to the back of his or her hand or Latex Glove. A sweat band is in
8  the ball cap. I refuse to accept a food tray if the Prison Guards
9  are not wearing a ball cap and have not been fed on the following
10 days by the named Prison Guards. Today c/o J, Hayes was chewing
11 tobacco snuff and sweat on his face and forehead. I refused to
12 accept the food tray at the cell door on 6-24-08 at about 6:15 pm
13 No breakfast food tray          6-16-08     c/o Nelson
    No dinner food Tray             6-18-08     c/o J, Hayes
14 No breakfast food tray          6-19-08     c/o Lueck felu
15 No dinner food tray             6-20-08     c/o Cardoza
16 No breakfast food tray          6-22-08     c/o Camarena
    No dinner food tray             6-22-08     c/o Chisman
17 No breakfast food tray          6-23-08     c/o Olson, c/o Paterson
18 No dinner food tray             6-23-08     c/o Lyon
19 No dinner food tray             6-24-08     c/o J, Hayes
    No dinner food tray             6-25-08     c/o Decker
20 No breakfast food tray          6-26-08     c/o Schan
21 Vegetarian diet denied c/o A. Paul, c/o Hensley breakfast 6-27-08
    No dinner food tray             6-27-08 c/o Morrison
22 No dinner food tray, 6-28-08 staff c/o McCovey, c/o Morrison, c/o J, Silva, c/o J, Hayes
23 No breakfast food Tray          6-29-08     c/o Peterson
24 No dinner food Tray             6-29-08     c/o J, Hayes
    No dinner food tray             6-30-08     c/o J, Hayes
25 No dinner food tray             7-1-08      c/o Butcher, c/o J, Hayes, c/o Poole
26 No breakfast food tray          7-2-08      c/o Cardoza
27 No breakfast food tray          7-3-08      c/o Cardoza
28

1. No breakfast food tray on 7-4-08  c/o Cardoza, c/o Decker
2. No breakfast food tray on 7-7-08  c/o Peterson
3. No dinner food tray   7-7-08  c/o Hurley
4. No breakfast food tray  7-8-08  c/o Cardoza
5. No dinner food tray   7-8-08  c/o J. Hayes
6. No breakfast food tray on 7-9-08  c/o Cardoza
7. No dinner food tray   7-9-08  c/o Gardner
8. No breakfast food tray on 7-10-08  c/o J. Morrison, c/o Straham
9. No dinner food tray   7-10-08  c/o McCovey, c/o Ta fazio
10. No breakfast food tray on 7-11-08  c/o McCovey, c/o Gutierrez
11. No breakfast food tray on 7-12-08  c/o Bafalowski
12. No dinner food tray   7-12-08  c/o McCovey
13. No dinner food tray on 7-13-08  c/o D. Willard
14. No breakfast food tray   7-14-08  c/o Straham
15. No breakfast food tray   7-15-08  c/o Axel
16. No breakfast food tray   7-16-08  c/o Axel
17. No dinner food tray   7-16-08  c/o Cardoza
18. No dinner food tray   7-17-08  c/o Cusaok
19. No breakfast food tray on 7-18-08  c/o R. Wilson
20. No dinner food tray   7-18-08  c/o Daniel
21. No breakfast food tray   7-19-08  c/o Axel
22. No dinner food tray   7-19-08  c/o Buachanan
23. No breakfast food tray on 7-21-08  c/o Chapman, c/o Straham
24. No dinner food tray   7-21-08  c/o J. Hayes, c/o J. Monks
25. No breakfast food tray   7-22-08  c/o Straham
26. No dinner food tray   7-22-08  c/o Cardoza
27. No breakfast food tray   7-23-08  c/o Straham, c/o Yoachman
28. No dinner food tray on 7-23-08  c/o Cardoza, c/o Haddad
29. No breakfast food tray   7-24-08  c/o Amis R., c/o Peterson
30. No breakfast food tray on 7-25-08  c/o D. Brown
31. No dinner food tray   7-25-08  c/o Harrop
32. No breakfast food tray on 7-27-08  c/o Chapman
33. No dinner food tray   7-27-08  c/o Shaw, c/o Crawford
34. No dinner food tray on 7-28-08  c/o Butcher
35. No dinner food tray   7-29-08  c/o J. Hayes
36. No breakfast food tray on 7-30-08  c/o Decker
37. No dinner food tray   7-30-08  c/o Decker
38. No dinner food tray   8-1-08  c/o Harrup

1 No dinner food tray
2 No breakfast food tray
3 No dinner food tray
4 No dinner food tray
5 No breakfast food tray
6 No dinner food tray
7 No breakfast food tray
8 No dinner food tray
9 No dinner food tray
10 No breakfast food tray
11 No dinner food tray
12 No dinner food tray
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

on 8-2-08 c/o J. Hayes
    8-6-08  c/o Decker, c/o D. Brown
    8-6-08  c/o Hillman, c/o Torres, c/o Riley
    8-7-08 c/o B. Kelley
on 8-8-08 c/o Buachanan
    8-8-08 c/o Burnett, c/o F. Gardner, c/o Hoddall
    8-4-08 c/o Decker, c/o G. Mitola
on 8-9-08 c/o G. Mitola
    8-10-08 c/o Chapman, c/o K.
on 8-10-08 c/o Riley, c/o Gutierrez
    8-11-08 c/o Mcpherson, c/o Smith
on 8-12-08 c/o Benoiter
    8-12-08 c/o Riley
    8-13-08 c/o Diaz, c/o A.A. Smith
    8-14-08 c/o Diaz, c/o Gobin

1 Relief sought title 28 U.S.C. Section 1482 (b), Injunction by the
2 Habeas Corpus and small Claim suite. by the Grand Jury and the state
3 Board of control state of California. To have the sergeant. Wenning
4 to answer the 602 appeal to have the staff B.R. Jackson in the
5 Law Library to answer the 602 appeal. To have the C/O Chisman to
6 answer the 602 appeal each is separate and have gone unanswered.
7 I cannot prosecute the case because the sergeant=Acosta has not
8 answered nor responded to a 602 Grievance Appeal.
9

10    Brown, Hilton Lawrence do solemnly affirm that as an attorney
11 (Law student) and as a counselor of this Court. I will conduct my
12 self uprightly and according to Law and that I will support
13 the Constitution of the United States,

14

15

16 Brown, Hilton Lawrence                     Hilton Lawrence Brown
17    No# B51265 (s)                          355 Business Law
18  5905 Lake Earl Drive
   Past office Box 7000
19 Crescent City California 95532

20

21

22              15th friday of August 2008

23

24

25

26

27

28

8

1
2
3
4       United States District Court
5       Northern District of California
6       450 Golden Gate Avenue
7       San Francisco, California 94102
8
9
10   Hilton Lawrence Brown
         No# B51265 (5)                        Jurisdictional statement
11   5905 Lake Earl Drive                   G576544 State Board of Control
12   Crescent City California 95532         Case# 08 cv 3323
13      Appellant and Plaintiff             Case# 08 cv 3324
              versus
14   Governor: Arnold Schwarzenegger
15      1 first Street, Capitol Mall
16   Sacramento, California 95814
                          additional
17   Pelican Bay State Institution
18   Warden: Robert A. Horel
19   5905 Lake Earl Drive
20   Crescent City California 95531
                         additional
21   Medical Board of California
22   Central Complaint unit
23   2005 Evergreen Street, suite 1200
     Sacramento California 95815
24
25   State Board of Control   additional
26   Tort Claim Coordinator
27   Post office Box 3035
     Sacramento, California 95812
28      Real Parties of Interest

1  Preliminary Examination federal Rule of Criminal Procedure rule
2  5 (c), Not Later than 10 Ten days following the initial appearance
3  f.R.C.P. rule 5 (a) according to Title 18 U.S.C. section 3060 (a) 1988
4  to determine Probable cause to bind the accused defendant for
5  trial on a showing of Good cause f.R.C.P. rule 5,1 hearing. When
6  the Magistrate Judge is unavailable f.R.C.P. rule 5 (a), A Conflict
7  of Interest rule by the Objection at trial reflects counsels actual
8  relationship to a party of Interest, 30 A Am J Rev.ed Judges section
9  89 Disqualification. When the attorney made it possible for usage
10  of false arrest and unlawful detention 22 Am J2d false Imprisonment
11  section 1 and 2, Certiorari denied 479 U.S. 825 (1986) U.S. vs Gambino
12  788 f2d 938 (3rd cir)

13  California Welfare and Institution Code section 5328.1 thru 7. The
14  Authorization for Release of Patient Information, California Penal
15  Code section 1054.1 thru 7 Good faith Agreement for Discovery.
16  Title 10 u.s.c. section 1552 a Request for the transcript. Before
17  The Department of the Army. Which forms the Objection made
18  prior to the start of trial. Service of Subpoena, California Code
19  of Regulations section 100, Title 1 related appeals Government
20  Code section 11346.2 (d) Register 93 section 34, California
21  re mittitur for repair of Dislocated broke finger and Electro
22  Convulsive Therapy given In violation. Oil Base Company vs Transport
23  Indemnity Company (1956) 299 P2d 452, 143 CA2d 453 corrected
24  306 P2d 924, 148 CA2d 490 defendant convicted and held
25  Liable for damage of a demurrer right to file suite. People
26  vs Mosley (1956) 299 f2d 745, 142 ACA 931
27
28

2

1  Brown, Hilton Lawrence do solemnly affirm the motion for
2  Discovery is true and correct. To the best of my own knowledge
3  under a penalty of perjury.
4
5
6
7
8
9      Brown, Hilton Lawrence                     Hilton Lawrence Brown
10         No# B51265 (s)                          355 Business Law
11     5905 Lake Earl Drive
       Post office Box 7000
12     Crescent City California 95532
13
14
15
16              15th friday of August 2008
17
18
19
20
21
22
23
24
25
26
27
28

# PELICAN BAY
## G.P. UNIT A-3

| | |
|---|---|
| **AFFIDAVIT FOR WAIVER OF GOVERNMENT CLAIMS FILING FEE AND FINANCIAL INFORMATION FORM** *(Request for Permission to Proceed In Forma Pauperis)* **California Victim Compensation and Government Claims Board P.O. Box 3035 Sacramento, CA 95812-3035** 1-800-955-0045 ■ www.governmentclaims.ca.gov | State of California |
| | **For Office Use Only** Claim No.: |

*I request a fee waiver so that I do not have to pay the $25 fee to file a government claim with the Victim Compensation and Government Claims Board. I cannot pay any part of the fee.*

## Claimant Information

**❶** Brown    Hilton    Lawrence    **❷** Tel: ☐☐☐ - ☐☐☐ - ☐☐☐☐
Last name        First Name        MI

**❸** Claim Number (if known): 08-3324 and 08-3323

## Employment Information

**❹** My occupation: None
My employer: /

*Employer's Mailing Address*                City        State    Zip
My spouse's or partner's employer: Dissolution of Marriage

*Employer's Mailing Address*                City        State    Zip

**❺** If you are an inmate in a correctional facility, please attach a certified copy of your trust account balance, enter your inmate identification number below and skip to step **㉓**.

Inmate Identification Number: B 51265 (5)

## Financial Information

**❻** I am receiving financial assistance from one or more of the following programs.    ☐ Yes    ☐ No

If no, proceed to step **❼** If yes, check all that apply, then skip to step **㉔**.

☐ SSI and SSP: Supplemental Security Income and State Supplemental Payments Programs
☐ CalWORKS: California Work Opportunity and Responsibility to Kids Act
☐ Food Stamps
☐ County Relief, General Relief (GR), or General Assistance (GA)

**❼** Number in my household and my gross monthly household income, if it is the following amount or less:

| | Number | Monthly family income | | Number | Monthly family income |
|---|---|---|---|---|---|
| **A** | ✓ 1 | $969.79 | **F** | 6 | $2,626.04 |
| **B** | 2 | $1,301.04 | **G** | 7 | $2,957.29 |
| **C** | 3 | $1,632.29 | **H** | 8 | $3,288.54 |
| **D** | 4 | $1,963.54 | **I** | | There are more than 8 people in my family |
| **E** | 5 | $2,294.79 | | | Add $331.25 for each additional person. |

Number: ☐☐☐    Total Income: ☐☐☐☐

If you checked a box in step **❼** A through I, complete steps **❾** through **⓯**. Then skip to step **㉔**.

**❽** My income is not enough to pay for the common necessities of life for me and the people in my family, and also pay the filing fee.    ☐✓ Yes    ☐ No

If yes, fill in steps **❾** through **㉔**.

PELICAN BAY
G.P. UNIT A-3

## Monthly Income and Expenses

| ⑨ | My gross monthly pay is: | $ zero | ⑩ | My income changes each month: | ☐ Yes ☑ —No |
|---|---|---|---|---|---|

| ⑪ | Number of persons living in my home: | 0, 0 | ⑫ Other money I get each month |

| | Name | Age | Relationship | Monthly Income | | Source: | | |
|---|---|---|---|---|---|---|---|---|
| A | Brown, H.L. | 12-23-47 | self | $ | 0 | A | | $ | 0 |
| B | | | | $ | 0 | B | | $ | 0 |
| C | | | | $ | 0 | C | | $ | 0 |
| D | | | | $ | 0 | D | | $ | 0 |
| E | | | | $ | 0 | E | | $ | 0 |
| F | | | | $ | 0 | F | | $ | 0 |

| ⑮ | My total gross monthly household income: | $ zero | ⑬ Total other money: | $ zero |
|---|---|---|---|---|

| ⑯ | My payroll deductions are: | | | ⑭ My monthly income: | $ zero |
|---|---|---|---|---|---|

| A | | $ | 0 | E | | $ | 0 |
|---|---|---|---|---|---|---|---|
| B | | $ | 0 | F | | $ | 0 |
| C | | $ | 0 | G | | $ | 0 |
| D | | $ | 0 | H | | $ | 0 |

| | | ⑰ My total payroll deduction amount is: | $ zero |
|---|---|---|---|

| ⑱ | My monthly take home pay is | $ zero | ⑲ My net monthly income: | $ 0.0 |
|---|---|---|---|---|

⑳ I own or have interest in the following property:

| A | Cash | | $ 0, 0 | C | Cars, other vehicles, and boats (List make and year) | | |
|---|---|---|---|---|---|---|---|
| B | Checking and savings (List banks): | | | | Property | Value | Loan Balance |
| | 1) | $ | 0 | 1) | | $ 0 | $ None |
| | 2) | $ | 0 | 2) | | $ 0 | $ None |
| | 3) | $ | 0 | 3) | | $ 0 | $ None |
| | 4) | $ | 0 | D | Real estate (List addresses) | | |
| | | | | 1) | | $ | $ zero |
| | | | | 2) | | $ | $ 0.0 |

㉑ My monthly expenses are:

| A | Rent or house payment | $ | 0 | J | Installment payments (specify) | | |
|---|---|---|---|---|---|---|---|
| B | Food and household supplies | $ | 0 | 1) | | $ | 0 |
| C | Utilities and telephone | $ | 0 | 2) | | $ | 0 |
| D | Clothing | $ | 0 | 3) | | $ | 0 |
| E | Laundry and cleaning | $ | 0 | | Total installment payments: | $ | 0 |
| F | Medical and dental | $ | 0 | K | Wage assignment or withholdings | $ | 0 |
| G | Insurance | $ | 0 | L | Spousal or child support | $ | 0 |
| H | School, child care | $ | 0 | M | Other: | | |
| I | Transportation and auto expenses | $ | 0 | 1) | | $ | 0 |
| | | | | 2) | | $ | 0 |
| | | | | | Total other expenses: | $ | 0, 0 |

| ㉒ | | Total monthly expenses: | $ zero |
|---|---|---|---|

| ㉓ | I have attached other information that supports this application on a separate sheet. | ☑ Yes | ☐ No |
|---|---|---|---|

### Signature Section

| ㉔ | *I declare under penalty of perjury under the laws of the state of California that the information on this form and all the attachments is true and correct.* |
|---|---|

Brown Hilton Lawrence    Hilton Lawrence Blue    8-15-08

Signature of Claimant                                    Date

VCGCB-GC-0010 8/04



STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5th Floor ♦ Sacramento, California 95811
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95812
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson
JOHN CHIANG
State Controller
Board Member
MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member
JULIE NAUMAN
Executive Officer

Hilton Lawrence Brown B51265
PO Box 7500
Crescent City, CA  95532-7500

July 22, 2008

RE:  Claim G576544 for Hilton Lawrence Brown, B51265

Dear Hilton Brown,

Board staff reviewed the claim information and determined it is incomplete.

Please provide the following information:

Any claim relating to wrongful death, personal injury, personal property damage, or growing crops must be presented within six months of the date of action, which resulted in the claim.

Since your claim was presented to the Board more than six months from the date of incident, it will be returned for not being presented within six months after the event or occurrence as required by law. See Sections 901 and 911.2 of the Government Code. If the claim is not presented within the time allowed by law, no action will be taken.

Your only recourse at this time is to apply without delay to the Victim Compensation and Government Claims Board for leave to present a late claim. See Sections 911.4 to 912.2, inclusive, and Section 946.6 of the Government Code. Under some circumstances, leave to present a late claim will be granted. See Section 911.6 of the Government Code.

In order to complete the processing of your claim, please provide a certified copy of your Trust Fund Account as requested on line five of the Waiver request form.

IMPORTANT NOTICE:
In order for tort claims to be considered complete, the above referenced questions must be answered in writing within six months of the original date of incident (see Government Code Section 901 and 911.2).  If you respond later than six months, but prior to one year from the original date of incident, you must apply without delay for leave to present a late claim (Government Code Sections 911.2 through 911.4, inclusive, 946.6).  The Board has no jurisdiction over tort claims presented more than one year from the original date of incident.

Please return your written response and a copy of this notice to the VCGCB and indicate claim number G576544 on all correspondence. We must receive a written response to this notice before we can process your claim further.

If you have questions about this matter, please mention letter reference 98 and claim number G576544 when you call or write your claim technician/analyst at (800) 955-0045.

# PELICAN BAY STATE PRISON
## LEGAL MATERIAL REQUEST

NAME _Brown, H.L._ CDC NO. _B51265 (S)_ CELL _A3-108_ DATE _8-3-08_

If you do not require physical access to the law library but need copies of legal work, supplies, legal forms, case law, or information, submit this form through the institutional mail. When requesting case law along with legal supplies, forms, or copies, submit two trust withdrawals. Case law is on a loan basis only (limit 30 pages, or three cites) and cannot be purchased. All case law must be returned before another request is accepted.

## **THE LAW BOOKS WILL NOT BE SENT TO CELLS**
WRITE THE FORM NAME AND NUMBER (REVERSE SIDE) OR CASE NAME AND CITE CLEARLY

1. _Photostat 4 Page 4 copy(ies): Total 16_
2. _Proof of Service G-10 (3 copies)_
3. _Twenty Sheets of blank paper_
4. _3 Three manila envelope 10-13_
5. _____ AUG 0 7 REC'D_

6. _Need legal document_
7. _Criteria_
8. _____
9. _____
10. _____

DATE RECEIVED _____ BY: _____ DATE RETURNED TO INMATE _____

A YARD LAW LIBRARY

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS
CDC - 193 (1/88)

## TRUST ACCOUNT WITHDRAWAL ORDER

Date _3rd of August_ 20 _08_

To: Warden                    Approved _____

I hereby request that my Trust Account be charged $ _____ for the purpose stated below and authorize the withdrawal of that sum from my account:

_B 51265 (S)_
NUMBER

_H. L. Brown_
NAME [Signature please, DO NOT PRINT]

State below the PURPOSE for which withdrawal is requested (do not use this form for Canteen or Hobby purchase).

PURPOSE _Photostat_
_4 Page 4 copy(ies): 16 Total_
_3 Proof of Service G-10_
_20 Twenty Sheets of paper blank_
_3 Three manila envelope (10-13)_

PRINT PLAINLY BELOW name and address of person, to whom check is to be mailed.

NAME _State Board of control and_
ADDRESS _United States District Court_

_A3-108_
_Brown, H.L._
PRINT YOUR FULL NAME HERE

Grand Jury 2 74 815
G 199804003245101    Los Angeles County

1
2
3
4       State Board of Central
5       Tort Claim Coordinator
6       400 R Street, 5th floor
7       Post Office Box 3035
8       Sacramento, California 95812
9
10   Hilton Lawrence Brown
11      No# G51265 (S)
12      5905 Lake Earl Drive
13   Crescent City California 95532
          Appellant and Plaintiff
14              versus
15   Governor: Arnold Schwarzenegger
        1 first Street, Capitol Mail
16   Sacramento, California 95814
17                    additional
18   Pelican Bay State Institution
19   Warden: Robert A. Horel
20   5905 Lake Earl Drive
21   Crescent City California 95531
                        additional
22   Medical Board of California
23      Central Complaint unit
24   2005 Evergreen Street, suite 1200
25   Sacramento, California 95815
                        additional
26   Department of the Army
27   Fort Ord Stockade
28   7th Infantry Division Light
     Fort Ord, California 93941
          Real Parties of Interest

Stay: Late Claim: G576544
Case # 08CV 3323
Case# 08 CV 3324

                    1

1 Cohen vs Beneficial Industrial Loan Corporation, Known as the
2 collateral order doctrine. a) conclusively determines the disputed
3 issue b) is completely separate from the issue of defendant Guilt
4 or innocence c) effectively is unreviewable on appeal for a
5 final Judgment. Timely manner pursuant to federal Rule of
6 Appellate Procedure rule 4 (b)
7   Service in accordance with 4 Am J2d A & E Sections
8 316 et seq binding through a Late Claim Filing pursuant to
9 California Government Code section (s) 901, 911.2 , 911.4, 912. 4 and
10 946.6
11
12
13
14   Brown, Hilton Lawrence do solemnly affirm the affidavit
15 for Late Claim and Brief for Objection is true and correct to
16 the best of my own Knowledge under a penalty of perjury.
17
18
19
20
21 Brown, Hilton Lawrence                    Hilton Lawrence Blow
22    N0# B51265 (s)                          Brown, Hilton Lawrence
23 5905 Lake Earl Drive                       355 Business Law
24 Post Office Box 7000
25 Crescent City California 95532
26
27              15th friday of August 2008
28

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

| Location: Institution/Parole Region | Log No. | Category |
|---|---|---|
| 1. _____ | 1. _____ | _____ |
| 2. _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Brown, H.L. | B51265 (S) | None | A3708 |

A. Describe Problem: ON this 13TH Wednesday of August 2008, Brown, H.L. was remove from the transfer List. By Committee or Classification approved Housing in B facility. ON the 16TH Wednesday of January 2008, Brown, H.L. was thrown to the Ground by another inmate. While at work in the Main Kitchen. The reason for the attack was Brown, H.L. made a statement. (That inmates from Oakland California had made the weapons for the Mexicans in 2000). Oakland helped the Mexicans during the riot in B facility on 23rd Wednesday of February 2000. Reason for a transfer was Enemy List on both A yard and B yard includes being stabbed and a Dislocated brake small finger as (Evidence need medical records) /

If you need more space, attach one additional sheet.

B. Action Requested: Because of both Prison Guards and Inmates being allowed to attack the inmate without any Legal action being taken. Data for for Brown, H.L. was stabbed during the riot 2-23-00 on B facility yard. And attack in the Main Kitchen and received a Dislocated brake finger on 1-16-08 due to enemy. Request for a Transfer.

Inmate/Parolee Signature: _H.R. Brown_ Date Submitted: _8-13-08_

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

_____

Staff Signature: _____ Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

_____

U. S. D. C. Richmond Virginia #06-529

1
2
3
4       United States District Court
5        Northern District of California
6          450 Golden Gate Avenue
7         San Francisco, California 94102
8
9
10  Hilton Lawrence Brown          Jurisdictional Statement
11      NO# B51265 (S)              Case # 07-9687 Supreme Court U.S.
12   5905 Lake Earl Drive          Debt: G199804003245101
13  Crescent City California 95532   U.S.T.C. case # 15701-07
      Appellant and Plaintiff
14              versus
15  President of the United States
16   650 Pennsylvania Avenue
17  Washington, D.C. 20543
                        additional
18  Solicitor General of the United States
19    Paul D. Clement
20   950 Pennsylvania Avenue
21  Washington, D.C. 20530
                        additional
22  Pelican Bay State Institution
23  Warden: Robert A. Horel
24  5905 Lake Earl Drive
25  Crescent City California 95531
26      Real Parties of Interest
27
28
                    (

1 To invoke original authority as Jurisdiction under Article
2 III of the Constitution of the United States. Title 28 U.S.C.
3 Section 1251 and Administrative Law Section 11 of the United
4 States Constitution to include supervisory of rehearing the
5 Controversy pursuant to title 28 U.S.C. section 1254 (2) for
6 Justify extraordinary release 28 U.S.C. section 1651(a)
7 for the stay of Certiorari 28 U.S.C. Section 2101 (F) together
8 with service on the state Attorney General and the state
9 Governor. The fact that the Constitutionality of an act
10 of Congress has been serve on the Grand Jury pursuant
11 to 28 U.S.C. Section 2403 (a) and (b), 2 Am J2d Administrative
12 Law section 692

13      Proof of Service by mail California Code of Civil Procedure
14 Section 101 (a) section 2015 thru 5 when the United States
15 Marshall is not available under 28 U.S.C. section 1746
16 Verification of Document was completed by deposit into
17 the United States Postal Service address to counsel of
18 record for respondent

19 United States Marshall                 Supreme Court of the United States
20 Process of Service                        Heather Trant: Clerk
21 1100 East Main street                    1 first Street, N.W
22 Richmond Virginia 23219               Washington, D.C. 20543
23
24
25   Brown, Hilton Lawrence do solemnly affirm proof of
26 Service is true and correct, to the best of my own
27 Knowledge Under a penalty of perjury,
28
                                                  Hilton Lawrence Brown
Executed this 3rd Tuesday of June 2008      Brown, Hilton Lawrence
                                                  355 Business Law

(2)

Case Number: _____

## CERTIFICATION OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Hilton Brown  B51265</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>10.48</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>10.50</u>.        (20%= $2.10)

Dated: __7/30/08__                                    _____

                                                    Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:  7- 30 - 08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
        TRUST OFFICE

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 30, 2008

ACCOUNT NUMBER : B51265                    BED/CELL NUMBER: AF03L 000000108L
ACCOUNT NAME   : BROWN, HILTON                 ACCOUNT TYPE: I
PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 01/01/2008 | | BEGINNING BALANCE | | | | | 0.02 |
| 01/08 | D554 | INMATE PAYROL | 2856 12/07 | | 38.10 | | 38.12 |
| 01/08 | W216 | FED. FILING F | 2864 01/08 | | | 7.62 | 30.50 |
| 01/08 | W216 | FED. FILING F | 2864 01/08 | | | 7.62 | 22.88 |
| 01/08 | W216 | FED. FILING F | 2864 01/08 | | | 7.62 | 15.26 |
| 01/08 | W216 | FED. FILING F | 2864 01/08 | | | 7.62 | 7.64 |
| 01/08 | W216 | FED. FILING F | 2864 01/08 | | | 7.62 | 0.02 |
| 02/06 | D554 | INMATE PAYROL | 3417 01/08 | | 24.75 | | 24.77 |
| 02/06 | W216 | FED. FILING F | 3438 02/06 | | | 4.95 | 19.82 |
| 02/06 | W216 | FED. FILING F | 3438 02/06 | | | 4.95 | 14.87 |
| 02/06 | W216 | FED. FILING F | 3438 02/06 | | | 4.95 | 9.92 |
| 02/06 | W216 | FED. FILING F | 3438 02/06 | | | 4.95 | 4.97 |
| 02/06 | W216 | FED. FILING F | 3438 02/06 | | | 4.95 | 0.02 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.02 | 62.85 | 62.85 | 0.02 | 0.00 | 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-30-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
0.02