IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE BROWN HILTON, | No. C-08-3323 TEH (PR) |
| Plaintiff, | |
| v. | |
| PELICAN BAY STATE PRISON, et. al., | ORDER OF DISMISSAL |
| Defendant(s). | |

This civil rights action by a prisoner was filed on July 9, 2008.  The court notified Plaintiff in writing at that time that the action was deficient because Plaintiff did not pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months.  See 28 USC § 1915(a)(2).  Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

More than eight months have elapsed since Plaintiff was

1  notified of his filing deficiency; however, Plaintiff has not
2  provided the court with the requisite items, or sought an extension
3  of time to do so.  The action is DISMISSED without prejudice.
4          The clerk shall close the file and terminate all pending
5  motions as moot.

7          IT IS SO ORDERED.

9  DATED    03/10/09
                                THELTON E. HENDERSON
10                              United States District Judge

26  G:\PRO-SE\TEH\CR.08\Hilton-08-3323-dismissal.wpd